Case No. 21-CV-598 JLS (WVG)

MATTHEW LOTZE, et al.  v TOTAL LENDER SOLUTIONS, INC..

# EXHIBITS TO FIRST AMENDED COMPLAINT

## Numbers 2a-3a

Complaint for MATTHEW LOTZE and LAURA OHMAN

**Exhibit "2a", "GRANT, BARGAIN, SALE Deed,    dated 2/22/2018"**

Complaint for MATTHEW LOTZE and LAURA OHMAN

Inst #: 20180417-0002197
Fees: $40.00
RPTT: $0.00  Ex #: 009
04/17/2018 01:52:18 PM
Receipt #: 3376815
Requestor:
DRIGGS TITLE AGENCY INC.
Recorded By: CDE  Pgs: 4
**DEBBIE CONWAY**
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

APN: 162-13-301-024
RECORDING REQUESTED BY
DRIGGS TITLE AGENCY, INC.
WHEN RECORDED RETURN TO AND
MAIL TAX BILL TO:
Filipino Flash, LLC, a Nevada Limited Liability
Company
4195 Seville Ave.
Las Vegas, NV 89121
Escrow No. 18-02-113371LV

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH:

That Nonito G. Donaire and Rachel M. Donaire, husband and wife as joint tenants

FOR A VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey to

Filipino Flash, LLC, a Nevada Limited Liability Company,

All that real property situate in the County of Clark, State of Nevada, bounded and described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND BY REFERENCE MADE A PART HEREOF FOR LEGAL DESCRIPTION.

SUBJECT TO:

1. Taxes paid current, rights of way, reservations, restrictions, easements and conditions of record.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

WITNESS my hand this 22 day of February, 2018.

_____
Nonito G. Donaire Jr.

_____
Rachel M. Donaire

State of NEVADA          }
                         } SS:
County of CLARK          }

On this 22 day of February, 2018, personally appeared before me, a Notary Public in and for said County and State, Nonito G. Donaire, Jr. and Rachel M. Donaire, who acknowledged that they executed the above instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC in and for said County and State.

L VELKO

L. VELKO
Notary Public, State of Nevada
Appointment No. 98-4561-1
My Appt. Expires Jul 15, 2018

**Exhibit "3""DECLARATION OF PLAINTIFF MATTHEW LOTZE RE: OWNERSHIP OF "THE FILIPINO FLASH, LLC 9 AND ASSUMPTION AGREEMENT)"**

95

Complaint for MATTHEW LOTZE and LAURA OHMAN

JAMES L. CLAYTON, JR. SBN 1274*6838
Attorney At Law
P.O. Box 4039
Leucadia, CA 92024
Telephone: 760.942.2296
Facsimile:  760.942.2291


Attorneys for Plaintiffs MATTHEW LOTZE, LAURA OHMAN, and THE
FILIPINO FLASH, LLC, a Nevada Limited Liability Company


## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA


| MATTHEW LOTZE, LAURA OHMAN, and THE FILIPINO FLASH, LLC, a Nevada Limited Liability Company, | ) ) ) ) | Case No. |
|---|---|---|

MATTHEW LOTZE, LAURA OHMAN, and
THE FILIPINO FLASH, LLC, a Nevada
Limited Liability Company,

         Plaintiffs,

vs.

TOTAL LENDER SOLUTIONS, INC.,
TRUSTEE; DEL TORO LOAN
SERVICING, INC.,;  ALLRISE REAL
ESTATE CREDIT FUND, LP; ALLRISE
DIRECT LENDING LLC D/B/A; ALLRISE
FINANCIAL GROUP, INC.; ALLRISE
CAPITAL, INC. (Formerly "ALLRISE
FINANCIAL GROUP, INC."); ALLRISE
INC.; ROYAL DEVELOPMENT,
INC.;AMERICAN PACIFIC MORTGAGE,
NV Llicense # 1850,  VLADIMIR
NIKOLAYEVICH EVSEEV; RUSIAN
ZUNUROV; (X);and, all persons unknown,
claiming any legal or legal or equitable right,
title, estate, lien, or interest in the property
described in the complaint adverse to
Plaintiff's title, or any cloud on Plaintiffs title
thereto, and DOES 1 THROUGH 100,
INCLUSIVE

         Defendants.

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

Case No.

DECLARATION OF PLAINTIFF
MATTHEW LOTZE IN SUPPORT OF
PLAINTIFFS *EX PARTE*
APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER
TO SHOW CAUSE;
MEMORANDUM OF POINTS AND
AUTHORITIES

1

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

I, MATTHEW LOTZE, a Plaintiff under this matter, declare as follows:

I am an adult over the age of 18,  and the following facts are within my own personal knowledge; and, if called and sworn as a witness, I would, and could, competently testify as follows in a Court of law:

1.  I submit this declaration in support of our Complaint against the above captioned Defendants.  I also hereby incorporate herein  Plaintiffs "EXHIBITS" filed and submitted herewith as though fully set forth herein by this reference

2.  The Co-Plaintiff, LAURA OHMAN, and I purchased on January 31, 2021, the entirety (including all rights, title, ownership, and interest) of a business entity known as "The Filipino  Flash, LLC, a Nevada Limited Liability Company" (herein after, "Flash").

3. The herein Plaintiffs own 100% of any and all Flash assets, and property, including the subject Residence under our Complaint, located and identified as: 3730 Topaz Street, Las Vegas, Nevada, 89121 (162-13-301-024 and 162-13-301-05.

4.  I have read the Complaint under this matter and adopt by this reference its contents under this Declaration as true and correct to the best of my present understanding.

5.  As stated under the Complaint in this matter, Defendants are in violation of both California, and Nevada Law, causing our Home to be foreclosed upon as depicted under our Complaint.  As shown in our Complaint submitted herewith the "Notice of Trustee's Sale" is dated for April 8, 2021 at 10:00 a.m.  I respectfully request that the Court Order the Defendants Trustee's Sale date terminated, and cancelled.

6.  I hereby seek the relief sought under the Complaint, including a Temporary Restraining Order, Court Ordered Injunctive Relief, and a Permanent Injunction.  I have repeated herein in major part the Introduction from the Complaint which factually depicts the scam perpetrated by these defendants, including that they were not licensed by the State of Nevada to in any manner engage in providing such loans.  The State of Nevada Consent Decree reflected under Exhibits "5", "6", and "7" are provided herewith in their entirety.

"7." (COMPLAINT)  **Upon information and belief, at all relevant times,Defendant, TOTAL LENDER SOLUTIONS, INC., TRUSTEE ("TOTAL, INC.") is a California Corporation (C3190188-Foreclosure Processing), located at 10505 Sorrento Valley Road,**

2

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Suite 125, San Diego, CA 92121,  doing business in the County of San Diego, State of California, and Nevada., is a financial institution, providing residential mortgages and mortgage servicing. The Defendant TOTAL, INC. on March 12. 2021 filed and published its' NOTICE OF TRUSTEE'S SALE (See, Exhibit "4", Notice of Trustee's Sale, attached hereto and made a part hereof by this reference) APN: Clark County Recorder Instrument #20210312-0001667) *for the sale on April 8, 2021* of Plaintiffs Subject  home and residence located at 3730 Topaz Street, Las Vegas, Nevada, 89121, under  a wrongful non-judicial foreclosure action based upon Defendants Predatory Tactics in connection with their wrongful conversion of Plaintiffs escrow proceeds, deceptive real estate and mortgage practices, including the circumvention of State of California, Nevada, and Predatory Lending Federal laws discussed  and  shown below herein.

8.  Plaintiffs demand that Defendants provide policies and procedures for dealing with successors in interest in accordance with the Consumer Federal Protection Bureau (CFPB) and 12 CFR 1024.36(c)-(g).

9. The Defendants, TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-Defendants, (hereby notified) failure to properly respond to the demand should constitute a clear, distinct, and willful violation of 12 C.F.R, §§1024.36(0); 1024.36(d)(1); and 1024.36 (d)(2)(i)(B).

10.  Defendants TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-Defendants, has violated the right of action under RESPA pursuant to 12 U.S.C. §2605(f) for the claimed breaches, and such action provides for remedies including actual damages, costs, statutory damages, and fees.

11.  Defendants TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-Defendant, through their despicable scheme and plan are attempting to unjustly and wrongfully finalize a non-judicial foreclosure action, involving the securitization of the Note (See, Exhibit "1", Note", dated April 12, 2018,  attached hereto, and made a part hereof by this reference), coupled with Defendants demand for predatory and sinister Personal Guarantees (See, Exhibit "1-f", Personal Guaranty, dated April 12, 2018, attached hereto, and made a part hereof by this reference) that Plaintiffs were required

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

to sign in connection with the Defendants predatory Notes (See, Exhibits "1", "1-a", "1-f", "1-g", and "1-h", attached hereto, and made a part hereof by this reference),  and based upon Defendants deceptive and wrongful practices, which are in violation of the laws of both the State of California, and Nevada.

12.  The "Note" (Exhibit "1"), consisted of and was provided to Plaintiffs with the following individual and associated Exhibits attached hereto and made a part hereof:

See, Exhibit 1-a, "Interest - Only Addendum to fixed Rate Note, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-b, "Balloon Rider and 1-4 Family Rider, dated April 12, 2018",  attached hereto, and made a part hereof by this reference.

See, Exhibit 1-c, " Certification Addendum to HUD-1Settlement Statement, dated April 12, 2018",  attached hereto, and made a part hereof by this reference.

See, Exhibit 1-d " Affidavit of Authority to Exercise The Power of Sale , December 4, 2020",  attached hereto, and made a part hereof by this reference.

See, Exhibit 1-e, "Declaration Of Compliance with NRS § 107.510(6), dated April 12, 2018",  attached hereto, and made a part hereof by this reference.

See, Exhibit 1-f, "Personal Guaranty, dated April 12, 2018",  attached hereto, and made a part hereof by this reference.

See, Exhibit 1-g, "Collateral Security Agreement, dated April 12, 2018",  attached hereto, and made a part hereof by this reference.

See, Exhibit 1-h, "Occupancy And financial Status Affidavit, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-i, "Federal Truth-In-Lending Disclosure Statement, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-j "Borrower's Certification And Authorization, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-k, "Itemization of Amount Financed, dated April 12, 2018",  attached hereto, and made a part hereof by this reference.

13.  Defendants TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Defendant, are in violation of both State of California, Nevada, and Federal law as shown herein below.

14. At all relevant times herein, TOTAL, INC. was the "Trustee" of the Note (Exhibit "1") and Deed of Trust (See, Exhibit 2, "Deed of Trust", dated April 12, 2018",  attached hereto, and made a part hereof by this reference)   with all rights, title, and interest pertaining thereto concerning the Subject Property, as well as the servicer of the loan. Defendant, TOTAL LENDER SOLUTIONS, INC., TRUSTEE ("TOTAL, INC.") is a California Corporation (C3190188-Foreclosure Processing), located at 10505 Sorrento Valley Road, Suite 125, San Diego, CA 92121,   doing business in the County of San Diego, State of California, and Nevada.  Plaintiffs are further informed and believes, and based thereon alleges, that TOTAL INC., is the "...duly appointed Trustee under the subject Note (See, Exhibit "1", herein after, "NOTE", or "April 12, 2018 Transaction"), for $1,500,000.00, related to Defendant AMERICAN PACIFIC MORTGAGE (NV License #1850), under Loan #18-5078, including of even date, the INTEREST - ONLY ADDENDUM TO FIXED RATE NOTE; BALLOON RIDER;1-4 FAMILY RIDER TO HUD-1 SETTLEMENT STATEMENT; COLLATERAL SECURITY AGREEMENT; and, OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT, each attached hereto and made a part hereof by this reference.).    TOTAL INC. doing business in the County of San Diego, State of California and is the purported Foreclosure Trustee of the Deed of Trust herein and/or a purported participant in the imperfect securitization of the Note (Exhibit "1") and/or the Deed of Trust (Exhibit "2") as more particularly described in this Complaint.  See, also, Exhibit "2", the "Deed of Trust, dated 4/12/2018", attached hereto and made a part hereof by this reference. pertaining to the subject real property home and residence (located at 3730 Topaz Street, Las Vegas, Nevada, 89121 (herein after," The "Property", "Residence", or "Premises")  of Nonito G. Donaire, and Rachel M. Donaire Husband and Wife Assignors of all of their Property Rights, Title, and Interest only (herein after, "Donaire", "Borrower", or "Flash") to Plaintiffs Matthew Lotze, and Laura Ohlman. (See, also, Exhibit "3",   Plaintiff Matthew Lotze's Declaration Re: "Assumption of all rights, title, and interest, from Donaire "

5

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Declaration re: Assumption" for the April 12, 2018 Transaction, dated March 29, 2021, attached hereto and made a part hereof by this reference, and Exhibit "3-a, Laura Ohlman's Declaration Re: "Assumption of all rights, title, and interest, from Donaire " Declaration re: Assumption" for the April 12, 2018 Transaction, dated March 29, 2021, attached hereto and made a part hereof by this reference).   Further, prior to the April 12, 2018 Transaction, the Donaire's had actually resided at the Subject Property, which was their primary Home and residence at the time of the April 12, 2018 Transaction, contrary to Defendants assertions to the contrary. Defendants, and each of them in violation of Law wrongfully "tricked Donaire (Flash) (See, Exhibit "1-h", Occupancy) into claiming that their Subject Property was never their primary Residence at the time of the April 12, 2018 Transaction.  Defendants assertions to the contrary will be easily proven by e.g. "Utility Bills", which show that the subject Property was, and had always been the Donaires' personal Residence, prior to the Plaintiffs assumption of the Property under the April 12, 2018 Transaction .

15.  The NOTE (Exhibit "1"), DEED OF TRUST (Exhibit "2"), and GRANT, BARGAIN, SALE DEED (See, also, Exhibit "2-1", the Defendant required "GRANT, BARGAIN, SALE DEED, dated February 22, 2018, creating the"FLASH ", attached hereto and made a part hereof by this reference.) were  executed by Plaintiffs Assignor "The Filipino Flash LLC, a  Nevada Limited Liability Company (herein after "FLASH") consisting of Assignor's (Members) Nonito G. Donaire, and Rachel M. Donaire (Husband and Wife) home owners of the subject Property, as Trustor in favor of Defendant  Allrise Real Estate Credit Fund, LP, (herein after, "ALLRISE CREDIT FUND" Recorded 4/17/2018, under instrument no. 20180417-0002198, in book (x), page(x), of Official Records in the office of the County Recorder of Clark, County, Nevada, "securing, among other obligations, one Note for the Original sum of $1,500,000.00" , (Exhibit "1"), which Defendant TOTAL, INC. has wrongfully issued a "NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST. (See, Exhibit " 3", "NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL

6

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

(LP), under No. 201934000009, filed with the California Secretary of State on November 26, 2019. ALLRISE CREDIT LP is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE REAL ESTATE CREDIT FUND, LP, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

18. Defendant, ALLRISE DIRECT LENDING LLC, ("herein after, "ALLRISE DIRECT"), is a Delaware entity (19-E38614- filed Oct.25,2019), and filed its Foreign LLC in the State of California -2017 201706210009; and 19-E38614, filed Defendants ALLRISE CAPITAL, INC. and RUSIAN ZINUROV (CFO) Nov. 21, 2019 (herein after, collectively "ALLRISE DIRECT  LLC".  Plaintiff is informed and believes, and based thereon alleges, that ALLRISE DIRECT LLC is registered  with the State of California under No. 201934000009, filed with the California Secretary of State on November 26, 2019. ALLRISE DIRECT LLC  is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE DIRECT LLC  , and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

19. Defendant, ALLRISE FINANCIAL GROUP, INC., Mortgage Broker license No. 4818, NMLS ID No. 1710040  ("herein after, "ALLRISE FINANCIAL"), is a Delaware entity (19-E38614- filed Oct.25,2019), and filed its Foreign LLC in the State of California -2017 201706210009; and 19-E38614, filed Defendants ALLRISE FINANCIAL and

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

PROPERTY UNDER DEED OF TRUST, recorded and published on December 9, 2020 by Defendant TOTAL, INC., attached hereto, and made a part hereof by this reference. See, also, Exhibit "4", attached hereto, and made a part hereof by this reference, the AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE BY (DEFENDANT) TRUSTEE TOTAL LENDER SOLUTIONS, INC.,  Located at 10505 Sorrento Valley Road, Suite 125, San Diego, CA 92121, for Deed of Trust No. 20180417-0002198, recorded 04/17/2018, Loan No. 18-5078, TS#201207325 (Notarized: 12/4/2020 by Enrique Flores, Authorized Signor).

16.    Defendant, DEL TORO LOAN SERVICING, INC. ("DEL TORO LOAN")  is a California Corporation (C2595657-Real Estate-Loan Servicing), located at 2300 Boswell, Suite 215, Chula Vista, CA 91914 ,  doing business in the County of San Diego, State of California, and is the current Loan Servicer of the alleged "obligation or Debt" purportedly secured by "the Deed of Trust" (Exhibit "2" , obligation or debt .  Plaintiff is further informed and believes, and based thereon alleges, that DEL TORO LOAN, is the present purported Master Servicer of the unlawful mortgage herein and/or is a purported participant in the imperfect securitization of the associated Note, Deed of Trust, and/or all other documents of title, or securitizated document.   See, Exhibit "2", Documents of Title, and Securitized Documents (Exhibits: "1", Note,"2" Deed, 1-f Personal Guaranty, and Exhibits "1-4", generally).  Plaintiffs respectfully seek a Temporary Restraining Order against Defendants, and cancellation of Defendants AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE),

17. Defendant ALLRISE REAL ESTATE CREDIT FUND, LP, filed its Foreign Limited Partnership in the State of California (herein after, "ALLRISE CREDIT LP").   Plaintiff is informed and believes, and based thereon alleges, that ALLRISE CREDIT LP is registered (5/8/2017) with the U.S. Security and Exchange Commission and incorporated in the State of Delaware,  and has is a State of California Foreign Limited Partnership

7

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

(VLADIMIR NIKOLAYEVICH EVSEEV/ RUSIAN ZINUROV (CFO), Nov. 21, 2019 (herein after, collectively "ALLRISE FINANCIAL".   Plaintiff is informed and believes, and based thereon alleges, that ALLRISE FINANCIAL is registered  with the State of California, filed with the California Secretary of State.  ALLRISE FINANCIAL  is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE FINANCIAL, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

20.  Defendant, ALLRISE CAPITAL INC. , Mortgage Broker license No. 4818, NMLS ID No. 1710040  ("Formerly, "ALLRISE FINANCIAL GROUP, INC." "ALLRISE FINANCIAL"), is a Delaware Corporation (Certificate of Amendment of Certificate of Incorporation A0831649- filed May 10, 2019); and, filed its Foreign LLC in the State of California - under C3905076.  Defendant ALLRISE CAPITAL, INC. and RUSIAN ZINUROV is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618.  is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE FINANCIAL, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

21.  Defendant ROYAL DEVELOPMENT, INC.  is an active Nevada foreign corporation organized under the laws of the State of California (NV Entity No. E0263392016-4), and is licensed by the California Department of Real Estate (License ID No. 02007498). Defendant ROYAL DEVELOPMENT, INC. is located at 200 Spectrum Center Dr. 1450,

9

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Irvine, CA 92618.  is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE FINANCIAL, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.  Defendant ROYAL DEVELOPMENT, INC.  has the same California physical address as Defendants ALLRISE DIRECT, and ALLRISE FINANCIAL. (See, our Exhibit "1-k", page 2, Itemization of Amount Financed, dated 4/12/2018, page 2.  This shows ROYAL getting Loan Origination Fee in the sum of $48,750.00, a Broker Affiliate underwriting fee of $750.00, and  processing fee of $1,995.00, with the Attorney General action pending in the State of Nevada, while Defendant ROYAL DEVELOPMENT, INC. is under the Nevada Restraining and Consent Orders (See, Exhibits "5", "6", and "7").

22.  Defendant, AMERICAN PACIFIC MORTGAGE (AMERICAN),  Plaintiff is informed and believes, and based thereon alleges, is and at all times herein mentioned was a business entity doing business in Clark County, State of Nevada and, was and is, at all relevant times herein mentioned, an escrow company, who provided escrow services for  Plaintiffs Property, concerning Exhibits "1", and "2".

23. Defendant VLADIMIR NIKOLAYEVICH EVSEEV,  herein after "EVSEEV", is now, and at all times relevant to this action, was an individual doing business out of the City of Irvine, at or near the other Defendants offices, located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. EVSEEV is also located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. State of California.  Under the attached Nevada Commissioner "ORDER TO CEASE AND DESIST, ORDER IMPOSING AN ADMINISTRATIVE

10

FINE AND INVESTIGATIVE COSTS, AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated December 4, 2018, the Commissioner issued against EVSEEV, ALLRISE DIRECT, ALLRISE FINANCIAL, and ROYAL DEVELOPMENT shown herein, based upon Defendants egregious actions during the times stated for these types of matters (at page 8, ¶ 13-14, lines 6-28), in pertinent part as follows: " ...NRS 645B.690(1)(a) requires the Commissioner to impose an administrative fine of not more than $50,000.00 on a person that offers or provides any of the services of a mortgage broker or otherwise engages in, carries on or holds himself or herself out as engaging in or carrying on the business of a mortgage broker and, at the time the person was required to have a license pursuant to the Statute and the person did not have such a license.", and at lines 23 -28, the Commissioner states: ". ..IT IS FURTHER ORDERED that an ADMINISTRATIVE FINE in the amount of $50,000.00 shall be and is imposed, jointly and severally, on ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC., ROYAL DEVELOPMENT INC., and VLADIMIR NIKOLAYEVICH EVSEEV in accordance with NRS 645b.690(1)(a)....". The Commissioner Ordered that these Defendants "...shall immediately CEASE AND DESIST from advertising, engaging in, or otherwise carrying on or holding themselves out as engaging in or carrying on any activities that require licensure as a mortgage broker under Statute.". (See, Exhibit "5", ORDER TO CEASE AND DESIST, dated 12/4/2018, attached hereto and made a part hereof by this reference).

24. See, also, the following Exhibits referencing these matters concerning the Nevada Commissioner " issued and entered against Defendants: Exhibit "6", Consent Order Requiring Compliance Imposing An Administrative Fine and Assessing Administrative

11

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Costs, entered and  dated June 4, 2019, attached hereto and made a part hereof by this reference; and, Exhibit "7", Voluntary Consent To Entry of Commissioner's Consent Order Requiring Compliance, Imposing An Administrative Fine and Assessing Administrative Costs, entered and  dated May 10, 2019, attached hereto and made a part hereof by this reference;   against EVSEEV, ALLRISE DIRECT, ALLRISE FINANCIAL,  and ROYAL DEVELOPMENT.

25.  Defendant RUSIAN ZINUROV , herein after "ZINUROV", is now, and at all times relevant to this action, was an individual doing business out of the City of Irvine,  State of California,

26.  All persons unknown, claiming any legal or legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs title thereto, and DOES 1 THROUGH 100, INCLUSIVE.

27.  At all times relevant to this action, Borrower and Plaintiffs have owned the Residence, which Plaintiffs acquired, as shown below, by Assumption from the Donaire's.  Plaintiffs are individuals,  residing in the City of San Diego, California, and at all relevant times mentioned herein were looking for a residence in Las Vegas, Nevada.  The herein subject real property, which is the subject of this Complaint is located at 3730 Topaz Street, Las Vegas, Nevada, 89121 (herein after, "Property", "Residence").   Plaintiffs have purchased the subject Property through an Assumption (Assignment) Agreement (herein after, DECLARATION OF Plaintiff MATTHEW LOTZE RE: SALE OF THE TOTAL  LLC INTEREST  FOR COMPLETE SALE OF REAL PROPERTY LOCATED AT 3730 Topaz Street, Las Vegas, Nevada, 89121 , dated January 31, 2020, known herein as "MATTHEW LOTZE DECLARATION RE: ASSUMPTION AGREEMENT", See, Exhibit "3, attached hereto and made a part hereof by this reference.  Plaintiffs purchased the subject by assumption from the immediate prior owner's and Borrower's (herein after "Rachel Ann Marcial Donaire, (Member) and Nonito Gonzales Donaire, Jr.(Member), who were deceptively, and wrongfully required by Defendants, and each of them, as Borrowers to create an LLC,

12

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

known as "FILIPINO FLASH LLC, A NEVADA LIMITED LIABILITY COMPANY (herein after, "FLASH LLC"), to take title of the subject Property, as an express condition to qualify for the Loan (Exhibit "1"). Defendants caused FLASH LLC to be created, amongst other purposes, in an effort to avoid California, and Nevada Laws pertaining to Consumer Protections, including Predatory lending practices, and for their own sinister purposes, including wrongfully converting escrow funds, monetary sums FLASH, LLC..

28. On or about April 12, 2018, FLASH LLC did in fact secure a home loan against the Property (their residence), but was never paid the entirety of the purported April 12, 2018 Transaction home loan asserted by Defendants. FLASH LLC closed a loan under a Note with Defendant ALLRISE REAL ESTATE CREDIT FUND, LLP in the sum of $1,500,000.00) with their INTEREST - ONLY ADDENDUM TO FIXED RATE NOTE, dated April 12, 2018 (See, Exhibit "1" and "Note, dated April 12, 2018", attached hereto and made a part hereof by this reference). The Deed of Trust under this transaction is dated April 12, 2018 (See, Exhibit "2", Deed of Trust, attached hereto and made a part hereof by this reference). As the Note reflected by Exhibit "1" shows, this loan against the Property was allegedly funded and owned by Defendant ALLRISE CREDIT LP, and each and every co-defendant, including EVSEEV.

29. Plaintiffs allege herein that Defendants, and each of them, violated Nevada Revised Statutes (NRS) 645B, NRS 645B.O10, et seq., and more specifically NRS 645B.010 et seq., (Collectively the "Nevada Act", or the "Regulation", which governs the conduct of Mortgage Brokers, and Mortgage Bankers in the State of Nevada), were not properly licensed and not permitted to do and/or conduct business in the State of Nevada, nor the State of California with respect to Plaintiffs Nevada Property, as shown to be wrongfully performed herein. Accordingly, they conducted business with respect to the Subject Property at their own peril.

30. Due to Defendants violation of the Nevada Act, the law requires that all mortgage related activity conducted by Defendants may be voided, and unwound by Plaintiffs.

31. Further, under the Nevada Act, any of the herein Defendant unlicensed despicable actions against Plaintiffs for violating the Nevada Act, in violation of Nevada law, whether an agent, escrow agent, mortgage broker, mortgage agent, or mortgage banker, do not have lawful ownership or a security interest in Plaintiff's Property, which is

13

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

described in detail herein. (See, the "April Transaction", including the Note and Loan Documentation (Exhibit "1"),  and Deed of Trust (Exhibit "2"),  Plaintiffs did not discover said misrepresentation against the  Property until after Defendant TOTAL, INC. wrongfully Recorded, on December 9, 2020, its NOTICE OF BREACH AND DEFAULT AND ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST by TOTAL LENDER SOLUTIONS, INC. against the DEED OF TRUST DATED 4/12/18, and NOTICE OF TRUSTEE'S SALE against the subject Property.(See, Exhibit "(4)",NOTICE OF TRUSTEE'S SALE, attached hereto and made a part hereof by this referrence).

34.  In this action, Plaintiffs seek damages from Defendant(s), and each of them. Plaintiffs also bring this action under the *Dodd-Frank Wall Street Reform and Consumer Protection Act* (DFA), the *Real Estate Settlement Procedures Act,* 12 U.S.C. §§ 2601. *et seq.* (RESPA), the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692p, and, specifically, the Consumer Federal Protection Bureau (CFPB) Act and 12 CFR 1024.36(c)-(g).

35.    This action arises under the protective  provisions of the the Dodd-Frank Act, 15 U.S.C. § 17u-6 et seq.

36.    Jurisdiction is invoked pursuant to 28 U.S.C. § 1331,  28 U.S.C. §§ 2201 and 2202. This suit is authorized and instituted pursuant to the above federal statutes. The jurisdiction of this Court is also invoked to secure protection of and to redress deprivation of rights secured by the the Dodd-Frank Act. This court has ancillary jurisdiction of the state law claims because they are sufficiently related to the federal claims.

37 Plaintiffs allege that an actual controversy has arisen and now exists between the Plaintiffs and Defendants, and each of them.  Plaintiff desires a judicial determination and declaration of their rights with regard to the Property and the corresponding Promissory Note and Deed of Trust (Exhibits "1", and "2").

a. Plaintiff also seeks redress from unlicensed Defendants, and each of them, also identified herein below for damages, for other injunctive relief, and for cancellation of all written instruments under the April 12, Transaction, based upon:

6.  See, Exhibit "5", Nevada Commissioner "ORDER TO CEASE AND DESIST, ORDER IMPOSING AN ADMINISTRATIVE FINE AND INVESTIGATIVE COSTS,

14

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated December 4, 2018; EXHIBIT "6", Nevada Commissioner "CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING ADMINISTRATIVE COSTS issued and entered, dated June 4, 2019; and EXHIBIT "7", Nevada Commissioner "VOLUNTARY CONSENT TO ENTRY OF COMMISSIONER'S CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING INVESTIGATIVE COSTS, AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated May 10, 2019, concerning the State of Nevada Department of Business and Industry, Division of Mortgage Lending Commissioner Orders Requiring Compliance, stating in pertinent part that said Defendants were in no manner ever Licensed to conduct any such business in the State of Nevada, attached hereto and made a part hereof; and,

7. That Defendants, and each of them, violated Nevada Revised Statutes (NRS) 645B, NRS 645B.O10, et seq., and more specifically NRS 645B.010 et seq., (Collectively the "Nevada Act", or the "Regulation", which governs the conduct of Mortgage Brokers, and Mortgage Bankers in the State of Nevada). Defendants, and each of them should be brought before this Court and ordered to explain their actions in light of the Nevada consent decrees at Exhibits"5". "6', and "7'.

8. I believe that said Defendants are utilizing Defendant TOTAL, INC., the San Diego based Trustee in their effort to hide and circumvent the Nevada authorities.

9. The sale of the Subject Property for this matter is set to occur on April 8, 2021, in Las Vegas Nevada, at 10:00 a.m. (See, **Exhibit "4", attached hereto, and made a part hereof by this reference, the AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE BY (DEFENDANT) TRUSTEE TOTAL LENDER SOLUTIONS, INC., Located at 10505 Sorrento Valley Road, Suite 125, San Diego, CA 92121, for Deed of Trust No. 20180417-0002198, recorded 04/17/2018, Loan No. 18-5078, TS#201207325 (Notarized: 12/4/2020 by Enrique Flores, Authorized Signor).**

10. We (Plaintiffs) will suffer irreparable damage, exceeding $1,000.000.00, should this bogus sale proceed.

11. I am ready, willing, and able to post a bond should this Court so Order.

I declare under penalty of perjury, pursuant to the laws of the United States that the

15

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

foregoing is true and correct. Executed at San Diego, California.

Dated: April 5, 2021

MATTHEW LOTZE

16

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

**Exhibit "3a"** **"DECLARATION OF PLAINTIFF LAURA OHMAN RE: OWNERSHIP OF "THE FILIPINO FLASH, LLC 9 AND ASSUMPTION AGREEMENT)"**

96

JAMES S. CLAYTON, JR.
Attorney At Law
P.O. Box 4039
Leucadia, CA 92024
Telephone: 760.942.2296
Facsimile:   760.942.2291

Attorneys for Plaintiffs MATTHEW LOTZE, LAURA OHMAN, and THE FILIPINO FLASH, LLC, a Nevada Limited Liability Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOTZE, LAURA OHMAN, and THE FILIPINO FLASH, LLC, a Nevada Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> TOTAL LENDER SOLUTIONS, INC., TRUSTEE; DEL TORO LOAN SERVICING, INC.,;  ALLRISE REAL ESTATE CREDIT FUND, LP; ALLRISE DIRECT LENDING LLC D/B/A; ALLRISE FINANCIAL GROUP, INC.; ALLRISE CAPITAL, INC. (Formerly "ALLRISE FINANCIAL GROUP, INC."); ALLRISE INC.; ROYAL DEVELOPMENT, INC.;AMERICAN PACIFIC MORTGAGE, NV Llicense # 1850,  VLADIMIR NIKOLAYEVICH EVSEEV; RUSIAN ZUNUROV; (X);and, all persons unknown, claiming any legal or legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs title thereto, and DOES 1 THROUGH 100, INCLUSIVE <br><br> Defendants. | Case No. <br><br> DECLARATION OF PLAINTIFF LAURA OHMAN IN SUPPORT OF PLAINTIFFS *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE; MEMORANDUM OF POINTS AND AUTHORITIES |

1

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

I, LAURA OHMAN, a laintiff under this matter, declare as follows:

I am an adult over the age of 18, and the following facts are within my own personal knowledge; and, if called and sworn as a witness, I would, and could, competently testify as follows in a Court of law:

1. I submit this declaration in support of our Complaint against the above captioned Defendants. I also hereby incorporate herein Plaintiffs "EXHIBITS" filed and submitted herewith as though fully set forth herein by this reference

2. The Co-Plaintiff, LAURA OHMAN, and I purchased on January 31, 2021, the entirety (including all rights, title, ownership, and interest) of a business entity known as "The Filipino Flash, LLC, a Nevada Limited Liability Company" (herein after, "Flash").

3. The herein Plaintiffs own 100% of any and all Flash assets, and property, including the subject Residence under our Complaint, located and identified as: 3730 Topaz Street, Las Vegas, Nevada, 89121 (162-13-301-024 and 162-13-301-05.

4. I have read the Complaint under this matter and adopt by this reference its contents under this Declaration as true and correct to the best of my present understanding.

5. As stated under the Complaint in this matter, Defendants are in violation of both California, and Nevada Law, causing our Home to be foreclosed upon as depicted under our Complaint. As shown in our Complaint submitted herewith the "Notice of Trustee's Sale" is dated for April 8, 2021 at 10:00 a.m. I respectfully request that the Court Order the Defendants Trustee's Sale date terminated, and cancelled.

6. I hereby seek the relief sought under the Complaint, including a Temporary Restraining Order, Court Ordered Injunctive Relief, and a Permanent Injunction. I have repeated herein in major part the Introduction from the Complaint which factually depicts the scam perpetrated by these defendants, including that they were not licensed by the State of Nevada to in any manner engage in providing such loans. The State of Nevada Consent Decree reflected under Exhibits "5", "6", and "7" are provided herewith in their entirety.

"7." (COMPLAINT) **Upon information and belief, at all relevant times,Defendant, TOTAL LENDER SOLUTIONS, INC., TRUSTEE ("TOTAL, INC.") is a California Corporation (C3190188-Foreclosure Processing), located at 10505 Sorrento Valley Road,**

2

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Suite 125, San Diego, CA 92121, doing business in the County of San Diego, State of California, and Nevada., is a financial institution, providing residential mortgages and mortgage servicing. The Defendant TOTAL, INC. on March 12. 2021 filed and published its' NOTICE OF TRUSTEE'S SALE (See, Exhibit "4", Notice of Trustee's Sale, attached hereto and made a part hereof by this reference) APN: Clark County Recorder Instrument #20210312-0001667) *for the sale on April 8, 2021* of Plaintiffs Subject home and residence located at 3730 Topaz Street, Las Vegas, Nevada, 89121, under a wrongful non-judicial foreclosure action based upon Defendants Predatory Tactics in connection with their wrongful conversion of Plaintiffs escrow proceeds, deceptive real estate and mortgage practices, including the circumvention of State of California, Nevada, and Predatory Lending Federal laws discussed and shown below herein.

8. Plaintiffs demand that Defendants provide policies and procedures for dealing with successors in interest in accordance with the Consumer Federal Protection Bureau (CFPB) and 12 CFR 1024.36(c)-(g).

9. The Defendants, TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-Defendants, (hereby notified) failure to properly respond to the demand should constitute a clear, distinct, and willful violation of 12 C.F.R, §§1024.36(0); 1024.36(d)(1); and 1024.36 (d)(2)(i)(B).

10. Defendants TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-Defendants, has violated the right of action under RESPA pursuant to 12 U.S.C. §2605(f) for the claimed breaches, and such action provides for remedies including actual damages, costs, statutory damages, and fees.

11. Defendants TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-Defendant, through their despicable scheme and plan are attempting to unjustly and wrongfully finalize a non-judicial foreclosure action, involving the securitization of the Note (See, Exhibit "1", Note", dated April 12, 2018, attached hereto, and made a part hereof by this reference), coupled with Defendants demand for predatory and sinister Personal Guarantees (See, Exhibit "1-f", Personal Guaranty, dated April 12, 2018, attached hereto, and made a part hereof by this reference) that Plaintiffs were required

3

to sign in connection with the Defendants predatory Notes (See, Exhibits "1", "1-a", "1-f", "1-g", and "1-h", attached hereto, and made a part hereof by this reference), and based upon Defendants deceptive and wrongful practices, which are in violation of the laws of both the State of California, and Nevada.

12. The "Note" (Exhibit "1"), consisted of and was provided to Plaintiffs with the following individual and associated Exhibits attached hereto and made a part hereof:

See, Exhibit 1-a, "Interest - Only Addendum to fixed Rate Note, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-b, "Balloon Rider and 1-4 Family Rider, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-c, " Certification Addendum to HUD-1Settlement Statement, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-d " Affidavit of Authority to Exercise The Power of Sale , December 4, 2020", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-e, "Declaration Of Compliance with NRS § 107.510(6), dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-f, "Personal Guaranty, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-g, "Collateral Security Agreement, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-h, "Occupancy And financial Status Affidavit, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-i, "Federal Truth-In-Lending Disclosure Statement, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-j "Borrower's Certification And Authorization, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

See, Exhibit 1-k, "Itemization of Amount Financed, dated April 12, 2018", attached hereto, and made a part hereof by this reference.

13. Defendants TOTAL, INC., ALLRISE CREDIT, LLP, and each and every Co-

4

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Defendant, are in violation of both State of California, Nevada, and Federal law as shown herein below.

14. At all relevant times herein, TOTAL, INC. was the "Trustee" of the Note (Exhibit "1") and Deed of Trust (See, Exhibit 2, "Deed of Trust", dated April 12, 2018", attached hereto, and made a part hereof by this reference) with all rights, title, and interest pertaining thereto concerning the Subject Property, as well as the servicer of the loan. Defendant, TOTAL LENDER SOLUTIONS, INC., TRUSTEE ("TOTAL, INC.") is a California Corporation (C3190188-Foreclosure Processing), located at 10505 Sorrento Valley Road, Suite 125, San Diego, CA 92121, doing business in the County of San Diego, State of California, and Nevada. Plaintiffs are further informed and believes, and based thereon alleges, that TOTAL INC., is the "...duly appointed Trustee under the subject Note (See, Exhibit "1", herein after, "NOTE", or "April 12, 2018 Transaction"), for $1,500,000.00, related to Defendant AMERICAN PACIFIC MORTGAGE (NV License #1850), under Loan #18-5078, including of even date, the INTEREST - ONLY ADDENDUM TO FIXED RATE NOTE; BALLOON RIDER;1-4 FAMILY RIDER TO HUD-1 SETTLEMENT STATEMENT; COLLATERAL SECURITY AGREEMENT; and, OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT, each attached hereto and made a part hereof by this reference.). TOTAL INC. doing business in the County of San Diego, State of California and is the purported Foreclosure Trustee of the Deed of Trust herein and/or a purported participant in the imperfect securitization of the Note (Exhibit "1") and/or the Deed of Trust (Exhibit "2") as more particularly described in this Complaint. See, also, Exhibit "2", the "Deed of Trust, dated 4/12/2018", attached hereto and made a part hereof by this reference. pertaining to the subject real property home and residence (located at 3730 Topaz Street, Las Vegas, Nevada, 89121 (herein after," The "Property", "Residence", or "Premises") of Nonito G. Donaire, and Rachel M. Donaire Husband and Wife Assignors of all of their Property Rights, Title, and Interest only (herein after, "Donaire", "Borrower", or "Flash") to Plaintiffs Matthew Lotze, and Laura Ohlman. (See, also, Exhibit "3", Plaintiff Matthew Lotze's Declaration Re: "Assumption of all rights, title, and interest, from Donaire "

5

Declaration re: Assumption" for the April 12, 2018 Transaction, dated March 29, 2021, attached hereto and made a part hereof by this reference, and Exhibit "3-a, Laura Ohlman's Declaration Re: "Assumption of all rights, title, and interest, from Donaire " Declaration re: Assumption" for the April 12, 2018 Transaction, dated March 29, 2021, attached hereto and made a part hereof by this reference).  Further, prior to the April 12, 2018 Transaction, the Donaire's had actually resided at the Subject Property, which was their primary Home and residence at the time of the April 12, 2018 Transaction, contrary to Defendants assertions to the contrary. Defendants, and each of them in violation of Law wrongfully "tricked Donaire (Flash) (See, Exhibit "1-h", Occupancy) into claiming that their Subject Property was never their primary Residence at the time of the April 12, 2018 Transaction.  Defendants assertions to the contrary will be easily proven by e.g. "Utility Bills", which show that the subject Property was, and had always been the Donaires' personal Residence, prior to the Plaintiffs assumption of the Property under the April 12, 2018 Transaction .

15.  The NOTE (Exhibit "1"), DEED OF TRUST (Exhibit "2"), and GRANT, BARGAIN, SALE DEED (See, also, Exhibit "2-1", the Defendant required "GRANT, BARGAIN, SALE DEED, dated February 22, 2018, creating the"FLASH ", attached hereto and made a part hereof by this reference.) were  executed by Plaintiffs Assignor "The Filipino Flash LLC, a  Nevada Limited Liability Company (herein after "FLASH") consisting of Assignor's (Members) Nonito G. Donaire, and Rachel M. Donaire (Husband and Wife) home owners of the subject Property, as Trustor in favor of Defendant  Allrise Real Estate Credit Fund, LP, (herein after, "ALLRISE CREDIT FUND" Recorded 4/17/2018, under instrument no. 20180417-0002198, in book (x), page(x), of Official Records in the office of the County Recorder of Clark, County, Nevada, "securing, among other obligations, one Note for the Original sum of $1,500,000.00" , (Exhibit "1"), which Defendant TOTAL, INC. has wrongfully issued a "NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST. (See, Exhibit " 3", "NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL

6

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

PROPERTY UNDER DEED OF TRUST, recorded and published on December 9, 2020 by Defendant TOTAL, INC., attached hereto, and made a part hereof by this reference. See, also, Exhibit "4", attached hereto, and made a part hereof by this reference, the AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE BY (DEFENDANT) TRUSTEE TOTAL LENDER SOLUTIONS, INC.,  Located at 10505 Sorrento Valley Road, Suite 125, San Diego, CA 92121, for Deed of Trust No. 20180417-0002198, recorded 04/17/2018, Loan No. 18-5078, TS#201207325 (Notarized: 12/4/2020 by Enrique Flores, Authorized Signor).

16.     Defendant, DEL TORO LOAN SERVICING, INC. ("DEL TORO LOAN")  is a California Corporation (C2595657-Real Estate-Loan Servicing), located at 2300 Boswell, Suite 215, Chula Vista, CA 91914 ,  doing business in the County of San Diego, State of California, and is the current Loan Servicer of the alleged "obligation or Debt" purportedly secured by "the Deed of Trust" (Exhibit "2" , obligation or debt .  Plaintiff is further informed and believes, and based thereon alleges, that DEL TORO LOAN, is the present purported Master Servicer of the unlawful mortgage herein and/or is a purported participant in the imperfect securitization of the associated Note, Deed of Trust, and/or all other documents of title, or securitizated document.  See, Exhibit "2", Documents of Title, and Securitized Documents (Exhibits: "1", Note,"2" Deed, 1-f Personal Guaranty, and Exhibits "1-4", generally).  Plaintiffs respectfully seek a Temporary Restraining Order against Defendants, and cancellation of Defendants AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE),

17. Defendant ALLRISE REAL ESTATE CREDIT FUND, LP, filed its Foreign Limited Partnership in the State of California (herein after, "ALLRISE CREDIT LP").  Plaintiff is informed and believes, and based thereon alleges, that ALLRISE CREDIT LP is registered (5/8/2017) with the U.S. Security and Exchange Commission and incorporated in the State of Delaware,  and has is a State of California Foreign Limited Partnership

7

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

(LP), under No. 201934000009, filed with the California Secretary of State on November 26, 2019. ALLRISE CREDIT LP is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE REAL ESTATE CREDIT FUND, LP, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

18. Defendant, ALLRISE DIRECT LENDING LLC, ("herein after, "ALLRISE DIRECT"), is a Delaware entity (19-E38614- filed Oct.25,2019), and filed its Foreign LLC in the State of California -2017 201706210009; and 19-E38614, filed Defendants ALLRISE CAPITAL, INC. and RUSIAN ZINUROV (CFO) Nov. 21, 2019 (herein after, collectively "ALLRISE DIRECT LLC". Plaintiff is informed and believes, and based thereon alleges, that ALLRISE DIRECT LLC is registered with the State of California under No. 201934000009, filed with the California Secretary of State on November 26, 2019. ALLRISE DIRECT LLC is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE DIRECT LLC , and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

19. Defendant, ALLRISE FINANCIAL GROUP, INC., Mortgage Broker license No. 4818, NMLS ID No. 1710040 ("herein after, "ALLRISE FINANCIAL"), is a Delaware entity (19-E38614- filed Oct.25,2019), and filed its Foreign LLC in the State of California -2017 201706210009; and 19-E38614, filed Defendants ALLRISE FINANCIAL and

8

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

(herein after, collectively "ALLRISE FINANCIAL". Plaintiff is informed and believes, and based thereon alleges, that ALLRISE FINANCIAL is registered with the State of California, filed with the California Secretary of State. ALLRISE FINANCIAL is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE FINANCIAL, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

20. Defendant, ALLRISE CAPITAL INC. , Mortgage Broker license No. 4818, NMLS ID No. 1710040 ("Formerly, "ALLRISE FINANCIAL GROUP, INC." "ALLRISE FINANCIAL"), is a Delaware Corporation (Certificate of Amendment of Certificate of Incorporation A0831649- filed May 10, 2019); and, filed its Foreign LLC in the State of California - under C3905076. Defendant ALLRISE CAPITAL, INC. and RUSIAN ZINUROV is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE FINANCIAL, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes.

21. Defendant ROYAL DEVELOPMENT, INC. is an active Nevada foreign corporation organized under the laws of the State of California (NV Entity No. E0263392016-4), and is licensed by the California Department of Real Estate (License ID No. 02007498). Defendant ROYAL DEVELOPMENT, INC. is located at 200 Spectrum Center Dr. 1450,

9

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Irvine, CA 92618, is located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. Based upon information and belief, and in reliance thereon, Plaintiffs believe that Defendant Vladimir Nikolayevich Evseev (herein after, EVSEEV) is the President and Chief Executive Officer of ALLRISE FINANCIAL, and is not currently and has at no time relevant hereto been licensed as a mortgage broker or mortgage agent in Nevada under its State Statutes. Defendant ROYAL DEVELOPMENT, INC. has the same California physical address as Defendants ALLRISE DIRECT, and ALLRISE FINANCIAL. (See, our Exhibit "1-k", page 2, Itemization of Amount Financed, dated 4/12/2018, page 2. This shows ROYAL getting Loan Origination Fee in the sum of $48,750.00, a Broker Affiliate underwriting fee of $750.00, and processing fee of $1,995.00, with the Attorney General action pending in the State of Nevada, while Defendant ROYAL DEVELOPMENT, INC. is under the Nevada Restraining and Consent Orders (See, Exhibits "5", "6", and "7").

22. Defendant, AMERICAN PACIFIC MORTGAGE (AMERICAN), Plaintiff is informed and believes, and based thereon alleges, is and at all times herein mentioned was a business entity doing business in Clark County, State of Nevada and, was and is, at all relevant times herein mentioned, an escrow company, who provided escrow services for Plaintiffs Property, concerning Exhibits "1", and "2".

23. Defendant VLADIMIR NIKOLAYEVICH EVSEEV, herein after "EVSEEV", is now, and at all times relevant to this action, was an individual doing business out of the City of Irvine, at or near the other Defendants offices, located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618. EVSEEV is also located at 200 Spectrum Center Dr. 1450, Irvine, CA 92618, State of California. Under the attached Nevada Commissioner "ORDER TO CEASE AND DESIST, ORDER IMPOSING AN ADMINISTRATIVE

10

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

FINE AND INVESTIGATIVE COSTS, AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated December 4, 2018, the Commissioner issued against EVSEEV, ALLRISE DIRECT, ALLRISE FINANCIAL, and ROYAL DEVELOPMENT shown herein,  based upon Defendants egregious actions during the times stated for these types of  matters (at page 8, ¶ 13-14, lines 6-28), in pertinent part as follows: " ...NRS 645B.690(1)(a) requires the Commissioner to impose an administrative fine of not more than $50,000.00 on a person that offers or provides any of the services of a mortgage broker or otherwise engages in, carries on or holds himself or herself out as engaging in or carrying on the business of a mortgage broker and, at the time the  person was required to have a license pursuant to the Statute and the person did not have such a license.", and at lines 23 -28, the Commissioner states: ". ..IT IS FURTHER ORDERED that an  ADMINISTRATIVE FINE in the amount of $50,000.00 shall be and is imposed, jointly and severally, on ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC., ROYAL DEVELOPMENT INC., and  VLADIMIR NIKOLAYEVICH EVSEEV in accordance with NRS 645b.690(1)(a)....".  The Commissioner Ordered that these Defendants  "...shall immediately CEASE AND DESIST from advertising, engaging in, or otherwise carrying on or holding themselves out as engaging in or carrying on any activities that require licensure as a mortgage broker under Statute.". (See, Exhibit "5", ORDER TO CEASE AND DESIST, dated 12/4/2018, attached hereto and made a part hereof by this reference).

24.  See, also, the following Exhibits referencing these matters concerning the  Nevada Commissioner " issued and entered against Defendants: Exhibit "6", Consent Order Requiring Compliance Imposing An Administrative Fine and Assessing Administrative

11

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

Costs, entered and dated June 4, 2019, attached hereto and made a part hereof by this reference; and, Exhibit "7", Voluntary Consent To Entry of Commissioner's Consent Order Requiring Compliance, Imposing An Administrative Fine and Assessing Administrative Costs, entered and dated May 10, 2019, attached hereto and made a part hereof by this reference; against EVSEEV, ALLRISE DIRECT, ALLRISE FINANCIAL, and ROYAL DEVELOPMENT.

25. Defendant RUSIAN ZINUROV , herein after "ZINUROV", is now, and at all times relevant to this action, was an individual doing business out of the City of Irvine, State of California,

26. All persons unknown, claiming any legal or legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs title thereto, and DOES 1 THROUGH 100, INCLUSIVE.

27. At all times relevant to this action, Borrower and Plaintiffs have owned the Residence, which Plaintiffs acquired, as shown below, by Assumption from the Donaire's. Plaintiffs are individuals, residing in the City of San Diego, California, and at all relevant times mentioned herein were looking for a residence in Las Vegas, Nevada. The herein subject real property, which is the subject of this Complaint is located at 3730 Topaz Street, Las Vegas, Nevada, 89121 (herein after, "Property", "Residence"). Plaintiffs have purchased the subject Property through an Assumption (Assignment) Agreement (herein after, DECLARATION OF Plaintiff MATTHEW LOTZE RE: SALE OF THE TOTAL LLC INTEREST FOR COMPLETE SALE OF REAL PROPERTY LOCATED AT 3730 Topaz Street, Las Vegas, Nevada, 89121 , dated January 31, 2020, known herein as "MATTHEW LOTZE DECLARATION RE: ASSUMPTION AGREEMENT", See, Exhibit "3, attached hereto and made a part hereof by this reference. Plaintiffs purchased the subject by assumption from the immediate prior owner's and Borrower's (herein after "Rachel Ann Marcial Donaire, (Member) and Nonito Gonzales Donaire, Jr.(Member), who were deceptively, and wrongfully required by Defendants, and each of them, as Borrowers to create an LLC,

12

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

known as "FILIPINO FLASH LLC, A NEVADA LIMITED LIABILITY COMPANY (herein after, "FLASH LLC"), to take title of the subject Property, as an express condition to qualify for the Loan (Exhibit "1"). Defendants caused FLASH LLC to be created, amongst other purposes, in an effort to avoid California, and Nevada Laws pertaining to Consumer Protections, including Predatory lending practices, and for their own sinister purposes, including wrongfully converting escrow funds, monetary sums FLASH, LLC..

28. On or about April 12, 2018, FLASH LLC did in fact secure a home loan against the Property (their residence), but was never paid the entirety of the purported April 12, 2018 Transaction home loan asserted by Defendants. FLASH LLC closed a loan under a Note with Defendant ALLRISE REAL ESTATE CREDIT FUND, LLP in the sum of $1,500,000.00) with their INTEREST - ONLY ADDENDUM TO FIXED RATE NOTE, dated April 12, 2018 (See, Exhibit "1" and "Note, dated April 12, 2018", attached hereto and made a part hereof by this reference). The Deed of Trust under this transaction is dated April 12, 2018 (See, Exhibit "2", Deed of Trust, attached hereto and made a part hereof by this reference). As the Note reflected by Exhibit "1" shows, this loan against the Property was allegedly funded and owned by Defendant ALLRISE CREDIT LP, and each and every co-defendant, including EVSEEV.

29. Plaintiffs allege herein that Defendants, and each of them, violated Nevada Revised Statutes (NRS) 645B, NRS 645B.O10, et seq., and more specifically NRS 645B.010 et seq., (Collectively the "Nevada Act", or the "Regulation", which governs the conduct of Mortgage Brokers, and Mortgage Bankers in the State of Nevada), were not properly licensed and not permitted to do and/or conduct business in the State of Nevada, nor the State of California with respect to Plaintiffs Nevada Property, as shown to be wrongfully performed herein. Accordingly, they conducted business with respect to the Subject Property at their own peril.

30. Due to Defendants violation of the Nevada Act, the law requires that all mortgage related activity conducted by Defendants may be voided, and unwound by Plaintiffs.

31. Further, under the Nevada Act, any of the herein Defendant unlicensed despicable actions against Plaintiffs for violating the Nevada Act, in violation of Nevada law, whether an agent, escrow agent, mortgage broker, mortgage agent, or mortgage banker, do not have lawful ownership or a security interest in Plaintiff's Property, which is

13

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

described in detail herein. (See, the "April Transaction", including the Note and Loan Documentation (Exhibit "1"), and Deed of Trust (Exhibit "2"), Plaintiffs did not discover said misrepresentation against the Property until after Defendant TOTAL, INC. wrongfully Recorded, on December 9, 2020, its NOTICE OF BREACH AND DEFAULT AND ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST by TOTAL LENDER SOLUTIONS, INC. against the DEED OF TRUST DATED 4/12/18, and NOTICE OF TRUSTEE'S SALE against the subject Property.(See, Exhibit "(4)",NOTICE OF TRUSTEE'S SALE, attached hereto and made a part hereof by this referrence).

34. In this action, Plaintiffs seek damages from Defendant(s), and each of them. Plaintiffs also bring this action under the *Dodd-Frank Wall Street Reform and Consumer Protection Act* (DFA), the *Real Estate Settlement Procedures Act*, 12 U.S.C. §§ 2601. *et seq.* (RESPA), the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692p, and, specifically, the Consumer Federal Protection Bureau (CFPB) Act and 12 CFR 1024.36(c)-(g).

35. This action arises under the protective provisions of the the Dodd-Frank Act, 15 U.S.C. § 17u-6 et seq.

36. Jurisdiction is invoked pursuant to 28 U.S.C. § 1331, 28 U.S.C. §§ 2201 and 2202. This suit is authorized and instituted pursuant to the above federal statutes. The jurisdiction of this Court is also invoked to secure protection of and to redress deprivation of rights secured by the the Dodd-Frank Act. This court has ancillary jurisdiction of the state law claims because they are sufficiently related to the federal claims.

37 Plaintiffs allege that an actual controversy has arisen and now exists between the Plaintiffs and Defendants, and each of them. Plaintiff desires a judicial determination and declaration of their rights with regard to the Property and the corresponding Promissory Note and Deed of Trust (Exhibits "1", and "2").

a. Plaintiff also seeks redress from unlicensed Defendants, and each of them, also identified herein below for damages, for other injunctive relief, and for cancellation of all written instruments under the April 12, Transaction, based upon:

6. See, Exhibit "5", Nevada Commissioner "ORDER TO CEASE AND DESIST, ORDER IMPOSING AN ADMINISTRATIVE FINE AND INVESTIGATIVE COSTS,

14

AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated December 4, 2018; EXHIBIT "6", Nevada Commissioner "CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING ADMINISTRATIVE COSTS issued and entered, dated June 4, 2019; and EXHIBIT "7", Nevada Commissioner "VOLUNTARY CONSENT TO ENTRY OF COMMISSIONER'S CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING INVESTIGATIVE COSTS, AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated May 10, 2019, concerning the State of Nevada Department of Business and Industry, Division of Mortgage Lending Commissioner Orders Requiring Compliance, stating in pertinent part that said Defendants were in no manner ever Licensed to conduct any such business in the State of Nevada, attached hereto and made a part hereof; and,

7. That Defendants, and each of them, violated Nevada Revised Statutes (NRS) 645B, NRS 645B.O10, et seq., and more specifically NRS 645B.010 et seq., (Collectively the "Nevada Act", or the "Regulation", which governs the conduct of Mortgage Brokers, and Mortgage Bankers in the State of Nevada). Defendants, and each of them should be brought before this Court and ordered to explain their actions in light of the Nevada consent decrees at Exhibits "5". "6', and "7'.

8. I believe that said Defendants are utilizing Defendant TOTAL, INC., the San Diego based Trustee in their effort to hide and circumvent the Nevada authorities.

9. The sale of the Subject Property for this matter is set to occur on April 8, 2021, in Las Vegas Nevada, at 10:00 a.m. (See, Exhibit "4", attached hereto, and made a part hereof by this reference, the AFFIDAVIT OF AUTHORITY TO EXERCISE THE POWER OF SALE BY (DEFENDANT) TRUSTEE TOTAL LENDER SOLUTIONS, INC., Located at 10505 Sorrento Valley Road, Suite 125, San Diego, CA 92121, for Deed of Trust No. 20180417-0002198, recorded 04/17/2018, Loan No. 18-5078, TS#201207325 (Notarized: 12/4/2020 by Enrique Flores, Authorized Signor).

10. We (Plaintiffs) will suffer irreparable damage, exceeding $1,000,000.00, should this bogus sale proceed.

11. I am ready, willing, and able to post a bond should this Court so Order.

I declare under penalty of perjury, pursuant to the laws of the United States that the

15

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.

foregoing is true and correct. Executed at San Diego, California.

Dated: April 5, 2021

_____
LAURA OHMAN

16

Declaration for Restraining Order By PLAINTIFFS MATTHEW LOTZE, et al.