Case No. 21-CV-598 JLS (WVG)

**MATTHEW LOTZE, et al.  v TOTAL LENDER SOLUTIONS, INC..**

# EXHIBITS TO FIRST AMENDED COMPLAINT

## Numbers 3b-7

102

Complaint for MATTHEW LOTZE and LAURA OHMAN

Exhibit "3b", Business Entity -Filing Acknowledgement, dated 3/23/2021; Annual or Amended List and State Business License Application-Continued; State Of Nevada Office of the Secretary of state -Work Order #2021032300289, dated March 23, 2021; and, State of Nevada Annual or Amended List and State Business License Application, attached hereto, and made a part hereof by this reference).

Complaint for MATTHEW LOTZE and LAURA OHMAN



**BARBARA K. CEGAVSKE**
Secretary of State

**KIMBERLEY PERONDI**
Deputy Secretary for
Commercial Recordings

STATE OF NEVADA

**OFFICE OF THE
SECRETARY OF STATE**

Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138

North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888

## Business Entity - Filing Acknowledgement

03/23/2021

| | |
|---|---|
| **Work Order Item Number:** | W2021032300289 - 1209440 |
| **Filing Number:** | 20211325134 |
| **Filing Type:** | Amended List |
| **Filing Date/Time:** | 03/23/2021 09:02:18 AM |
| **Filing Page(s):** | 2 |

**Indexed Entity Information:**

**Entity ID:** E0412692009-2          **Entity Name:** FILIPINOFLASH, LLC

**Entity Status:** Active          **Expiration Date:** None

Non-Commercial Registered Agent
RACHEL ANN DONAIRE
2550 E DESERT INN RD, LAS VEGAS, NV 89121, USA

The attached document(s) were filed with the Nevada Secretary of State, Commercial Recording Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Commercial Recording Division
202 N. Carson Street



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

> **Annual or Amended List and State Business License Application - Continued**

## Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

CORPORATION, INDICATE THE <u>MANAGING MEMBER</u>:

| Laura J Ohman | USA |
|---|---|
| Name | Country |

| 3730 Topaz ST | Las Vegas | NV | 89121 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X  Matthew Lotze**

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** *FORM WILL BE RETURNED IF UNSIGNED*

| Manager | 03/23/2021 |
|---|---|
| Title | Date |



*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary for
Commercial Recordings

**STATE OF NEVADA**

**OFFICE OF THE**
**SECRETARY OF STATE**

Commercial Recordings & Notary Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138

North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888

Matt Lotze
3730 Topaz St
Las Vegas, NV 89121, USA

**Work Order #:** W2021032300289
March 23, 2021
Receipt Version: 1

**Special Handling Instructions:**

**Submitter ID:** 426550

**Charges**

| Description | Fee Description | Filing Number | Filing Date/Time | Filing Status | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| Amended List | Fees | 20211325134 | 3/23/2021 9:02:18 AM | Approved | 1 | $150.00 | $150.00 |
| Total | | | | | | | $150.00 |

**Payments**

| Type | Description | Payment Status | Amount |
|---|---|---|---|
| Credit Card | ~~X15~~1532714869106030~~69~~ | ~~Success~~ | $150.00 |
| Total | | | $150.00 |

**Credit Balance:**     $0.00

Matt Lotze
3730 Topaz St
Las Vegas, NV 89121, USA

**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

☐ ANNUAL ☑ AMENDED (check one)

## List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

**FILIPINOFLASH, LLC**

NAME OF ENTITY

**NV20091256655**

Entity or Nevada Business
Identification Number (NVID)

## TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT

**IMPORTANT:** *Read instructions before completing and returning this form.*

Please indicate the entity type (check only one):

☐ Corporation
  ☐ This corporation is publicly traded, the Central Index Key number is:

☐ Nonprofit Corporation (see nonprofit sections below)

☑ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

| Filed in the Office of | Business Number E0412692009-2 |
|---|---|
| *[signature] Barbara K. Cegavske* Secretary of State State Of Nevada | Filing Number 20211325134 |
| | Filed On 03/23/2021 09:02:18 AM |
| | Number of Pages 2 |

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

**CHECK ONLY IF APPLICABLE**

Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
☐ 001 - Governmental Entity
☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below.

☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee.
  Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license.

☐ Unit-owners' Association ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80:Charitable Solicitation Information - check applicable box**

Does the Organization intend to solicit charitable or tax deductible contributions?

☐ No - no additional form is required
☐ Yes - the "Charitable Solicitation Registration Statement" is required.
☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

**\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\***

# EXHIBIT "4" NOTICE OF TRUSTEE'S SALE

98

Complaint for MATTHEW LOTZE and LAURA OHMAN

20210316_183614.jpg

Total Lender Solutions, Inc.
10505 Sorrento Valley Road, Suite 125
San Diego, CA 92121

APN: 162-13-301-024
T.S. No.: 201207325
Loan No.: 18-5078

Inst #: 20210312-0001667
Fees: $42.00
03/12/2021 11:24:36 AM
Receipt #: 4440653
Requestor:
Pacific Coast Title
Recorded By: HAMMV Pgs: 2
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

The undersigned hereby affirms that there is no Social Security number contained in this document.

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 4/12/2018. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

TRUSTOR: **Filipino Flash LLC, a Nevada Limited Liability Company**
Duly Appointed Trustee: **Total Lender Solutions, Inc.**
Recorded 4/17/2018 as Instrument No. 20180417-0002198 in book , page of Official Records in the office of the Recorder of **Clark County, Nevada**, Described as follows:

Date of Sale: **4/8/2021 at 10:00 AM**
Place of Sale: **Offices of Nevada Legal News, 930 South 4th Street, Las Vegas, NV**
Estimated Sale Amount: **$1,819,227.66**
Street Address or other common designation of real property: **3730 Topaz Street Las Vegas Area, NV 89121**

A.P.N.: **162-13-301-024**
The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.



This property is sold as-is, lender is unable to validate the condition, defects or disclosure issues of said property and Buyer waives the disclosure requirements under NRS 113.130 by purchasing at this sale and signing said receipt.

Date: 3/11/2021

Total Lender Solutions, Inc.
San Diego, CA 92121
Sale Line: (877) 440-4460

Max Newman, Trustee Sale Officer

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CA }ss
County of San Diego}

On 3/11/2021 before me, **Brittany Anne Lokey** Notary Public, personally appeared **Max Newman** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)

**Brittany Anne Lokey**



BRITTANY ANNE LOKEY
Notary Public – California
San Diego County
Commission # 2215973
My Comm. Expires Sep 28, 2021

# EXHIBIT "4a" NOTICE OF BREACH

Complaint for MATTHEW LOTZE and LAURA OHMAN

# EXHIBIT "4a" NOTICE OF BREACH

Complaint for MATTHEW LOTZE and LAURA OHMAN

Inst #: 20201209-0002416
Fees: $292.00
12/09/2020 01:48:14 PM
Receipt #: 4320678
Requestor:
Pacific Coast Title
Recorded By: DECHO   Pgs: 7
**Debbie Conway**
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

WHEN RECORDED MAIL TO:

**Total Lender Solutions, Inc.**
**10505 Sorrento Valley Road, Suite 125**
**San Diego, CA 92121**

APN: 162-13-301-024
TS No.: **201207325**
Loan No.: **18-5078**

---

**The undersigned hereby affirms that there is no Social Security number contained in this document.**

## NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN THAT: Total Lender Solutions, Inc.** is the duly appointed Trustee under a Deed of Trust dated **4/12/2018**, executed by **Filipino Flash LLC, a Nevada Limited Liability Company**, as trustor in favor of **Allrise Real Estate Credit Fund, LP**, recorded **4/17/2018**, under instrument no. **20180417-0002198**, in book , page , of Official Records in the office of the County recorder of **Clark**, County, Nevada securing, among other obligations.

One Note for the Original sum of **$1,500,000.00**, that the beneficial interest under such Deed of Trust and the obligations secured hereby are presently held by the undersigned; that a breach of and default in the obligations for which such Deed of Trust is security has occurred or that payment has not been made of:

**The balance of principal and interest which became due on 5/1/2020, along with late charges, foreclosure fees and costs any legal fees or advances that have become due, plus any other obligations, including taxes, insurance payments, and any payments due senior liens or leaseholds which obligations are secured by the deed of trust which is in default plus impounds and/or advances and late charges that become payable.**

That by reason thereof the present Beneficiary under such deed of Trust has executed and delivered to said duly appointed Trustee a written Declaration of Default and Demand for Sale and has deposited with said duly appointed Trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

### NOTICE

You may have the right to cure the default hereon and reinstate the one obligation secured by such Deed of Trust above described. Section NRS 107.080 permits certain defaults to be cured upon the Payment of the amounts required by that statutory section without requiring payment of that portion of principal and interest which would not be due had no default occurred. Where reinstatement is possible, and (a) this is an owner-occupied property, if the default is not cured 5 days or more before the date of sale, then the right of reinstatement will terminate and the property may thereafter be sold, or (b) this is not an owner-occupied property, if the default is

**T.S. No.: 201207325**        **Loan No.: 18-5073**   **APN: 162-13-301-024**

not cured within 35 days following recording and mailing of this Notice to Trustor or Trustor's successor in interest, then the right of reinstatement will terminate and the property may thereafter be sold.  The Trustor may have the right to bring a court action to assert the nonexistence of a default or any other defense of Trustor to acceleration and Sale.

Property Address:     **3730 Topaz Street
Las Vegas, NV 89121**

**To determine if reinstatement is possible and the amount, if any, to cure the default, contact:**

Del Toro Loan Servicing, Inc.
2300 Boswell Road, Suite 215
Chula Vista, CA 91914
Phone: 877-707-4368

Dated:12/7/2020

**Total Lender Solutions, Inc.**

By:_____
**Max Newman, Trustee Sale Officer**

**State of CA }ss
County of San Diego}**

On **12/7/2020** before me, **Randy Newman** Notary Public, personally appeared **Max Newman** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____(Seal)
**Randy Newman**

RANDY NEWMAN
Notary Public - California
San Diego County
Commission # 2280014
My Comm. Expires Mar 8, 2023

APN: 162-13-301-024

## Exhibit "A"

THE NORTHEAST QUATER (NE 1/4) OF THE NORTHEAST QUARTER (NE 1/4) OF THE NORTHWEST QUARTER (NW 1/4) OF THE SOUTHWEST QUARTER (SW 1/4) OF SECTION 13, TOWNSHIP 21 SOUTH, RANGE 61 EAST, M.D.B. AND M., CLARK COUNTY, NEVADA.

EXCEPTING THEREFROM THE NORTH FORTY FEET (40.00') AND THE WEST THIRTY FEET (30.00') AND THE EAST THIRTY FEET (30.00') TOGETHER WITH A SPANDREL AREA IN THE NORTHWEST COMER (NW COR) THEREOF, ALSO BEING THE SOUTHEAST CORNER (SE CUR) OF THE INTERSECTION OF PACIFIC STREET AND TWAIN AVENUE, BOUNDED AS FOLLOWS:

ON THE NORTH BY THE SOUTH LINE OF THE NORTH FORTY FEET (40.00') THEREOF; ON THE WEST BY THE EAST LINE OF THE WEST THIRTY FEET (30.00') THEREOF; AND ON THE SOUTHEAST BY THE ARC OF THE CURVE CONCAVE SOUTHEASTERLY, HAVING A RADIUS OF TWENTY FEET (20.00') AND BEING TANGENT TO THE SOUTH LINE OF THE NORTH FORTY FEET (40.00'} AND TANGENT TO THE EAST LINE OF THE WEST THIRTY FEET (30.00'); TOGETHER WITH A SPANDRES AREA IN THE NORTHEAST COMER (NE CUR} THEREOF, BEING THE SOUTHWEST CORNER (SW COR) OF THE INTERSECTION OF TWAIN AVENUE AND TOPAZ STREET, BOUNDED AS FOLLOWS:

ON THE EAST BY THE WEST LINE OF THE EAST THIRTY FEET (30.00'} THEREOF;

ON THE NORTH BY THE SOUTH LINE OF THE NORTH FORTY FEET (40.00") THEREOF; AND ON THE SOUTHWEST BY THE ARC OF A CURVE CONCAVE SOUTHWESTERLY, HAVING A RADIUS OF TWENTY FEET (20.00') AND BEING TANGENT TO THE WEST LINE OF THE EAST THIRTY FEET (30.00'} AND TANGENT TO THE SOUTH LINE OF THE NORTH FORTY FEET (40.00') BY DEED RECORDED NOVEMBER 12, 1985 IN BOOK 2215 AS DOCUMENT NO. 2174460 OF OFFICIAL RECORDS.

ALSO DESCRIBED AS PARCEL ONE (1} OF THE CERTIFICATE OF LAND DIVISION RECORDED APRIL 25, 1986 IN BOOK 860425 AS DOCUMENT NO.'00956, OFFICIAL RECORDS.

TOGETHER WITH THAT PORTION OF VACATED TOPAZ STREET AS SHOWN ON ORDER OF VACATION RECORDED NOVEMBER 3, 1999 IN BOOK 991103 AS DOCUMENT NO. 01199 AND RE-RECORDED MARCH 24, 2000 IN BOOK 20000324 AS DOCUMENT NO. 00369, OFFICIAL RECORDS, CLARK COUNTY, NEVADA.

STATE OF NEVADA
DECLARATION OF VALUE FORM
1. Assessor Parcel Number(s)
    a. 162-13-301-024
    b._____
    c._____
    d._____
2. Type of Property:

| | | | |
|---|---|---|---|
| a. ☐ Vacant Land | b. ☑ Single Fam. Res. | | FOR RECORDER'S OPTIONAL USE ONLY |
| c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex | | Book:_____ Page:_____ |
| e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l | | Date of Recording:_____ |
| g. ☐ Agricultural | h. ☐ Mobile Home | | Notes: |
| ☐ Other____ | | | |

3. a. Total Value/Sales Price of Property      $ 0.00
   b. Deed in Lieu of Foreclosure Only (value of property) (_____)
   c. Transfer Tax Value:      $ 0.00
   d. Real Property Transfer Tax Due      $ 0.00

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _9_
   b. Explain Reason for Exemption: transfering to LLC without consideration
_____

5. Partial Interest: Percentage being transferred: 100.00 %
    The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature_____ Capacity Agent
Signature_____ Capacity Agent

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: Nonito G. Donaire, JR&Rachel M. Don ✱ | Print Name: ~~Filipinoflash~~,LLC, a Nevada LLC |
| Address: 2550 E Desert Inn Rd #188 | Address: 2550 E. Desert Inn Rd. #188 |
| City: Las V egas | City: Las Vegas |
| State: NV    Zip: 89121 | State:NV    Zip: 89121 |
| ✱ aire | ✱ Filipino Flas h. |

COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)

| | |
|---|---|
| Print Name: Driggs Title Agency | Escrow #: 18-02-113371LV |
| Address: 7900 West Sahara Avenue Suite 150 | |
| City: Las Vegas | State: NV    Zip: 89131 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

**EXHIBIT "5" Nevada Commissioner "ORDER TO CEASE AND DESIST, ORDER IMPOSING AN ADMINISTRATIVE FINE AND INVESTIGATIVE COSTS, AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated December 4, 2018**

Complaint for MATTHEW LOTZE and LAURA OHMAN

STATE OF NEVADA
DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF MORTGAGE LENDING

Before the Commissioner of the Division of Mortgage Lending

In the Matter of:

ALLRISE DIRECT LENDING LLC D/B/A
ALLRISE FINANCIAL GROUP, INC.,
Mortgage Broker License No. 4818,
NMLS ID No. 1710040,

and

ROYAL DEVELOPMENT INC.
Mortgage Broker License No. UNL,

and

VLADIMIR NIKOLAYEVICH EVSEEV,
NMLS ID No. 1729027,

                                Respondents.

Order No. 2018-010

Case No. 2018-010

ORDER TO CEASE AND DESIST,
ORDER IMPOSING AN ADMINISTRATIVE FINE AND INVESTIGATIVE COSTS,
AND
NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING

Issued and Entered,
This 4th day of December, 2018,
By Cathy Sheehy,
Commissioner

I.
ORDER TO CEASE AND DESIST AND
ORDER IMPOSING AN ADMINISTRATIVE FINE AND INVESTIGATIVE COSTS

The Commissioner of the State of Nevada, Department of Business and Industry, Division of Mortgage Lending (the "Commissioner") having been statutorily charged with the responsibility and authority to administer and enforce Chapter 645B of the Nevada Revised Statutes, 645B.010 *et seq.* ("the Statute"), and Chapter 645B of the Nevada Administrative Code, NAC 645B.001 *et seq.* ("the

-1-

Regulation") (collectively, "the Act"), governing the licensing and conduct of mortgage brokers and mortgage agents doing business in the State of Nevada; and,

The Commissioner having been vested with general supervisory power and control over all mortgage brokers and mortgage agents doing business in the State of Nevada pursuant to the Statute; and,

The Commissioner having been further vested with broad authority to conduct investigations to determine whether any person is violating or has violated any provision of the Act; and,

The Division of Mortgage Lending (the "Division") having received information indicating that ALLRISE DIRECT LENDING LLC ("ALLRISE DIRECT") D/B/A ALLRISE FINANCIAL GROUP, INC. ("ALLRISE FINANCIAL"), ROYAL DEVELOPMENT INC. ("ROYAL DEVELOPMENT"), and VLADIMIR NIKOLAYEVICH EVSEEV ("EVSEEV") (collectively, the "RESPONDENTS") are or were engaged in activity requiring licensure as a mortgage broker under the Statute; and,

The Division having commenced an investigation of RESPONDENTS' business practices pursuant to NRS 645B.060(2)(c), and having determined, from that investigation, that RESPONDENTS were engaged in activity requiring licensure as a mortgage broker under the Statute; and,

The Division staff having reported the results of its investigation to the Commissioner; and,

The Commissioner having reviewed the results of the investigation, makes the following FINDINGS OF FACT and CONCLUSIONS OF LAW:

### Findings of Fact

1.    NRS 645B.900 prohibits any person from offering or providing any of the services of a mortgage broker or mortgage agent or otherwise engaging in, carrying on or holding himself or herself out as engaging in or carrying on the business of a mortgage broker or mortgage agent without first obtaining the applicable license issued pursuant to this chapter, unless the person is properly exempt from licensure.

2.    NRS 645B.0127(1) defines "[m]ortgage broker" to include any person who directly or indirectly does any of the following:

-2-

(a)     Holds himself or herself out for hire to serve as an agent for any person in an attempt to obtain a loan which will be secured by a lien on real property;

(b)     Holds himself or herself out for hire to serve as an agent for any person who has money to lend, if the loan is or will be secured by a lien on real property;

(c)     Holds himself or herself out as being able to make loans secured by liens on real property;

(d)     Holds himself or herself out as being able to buy or sell notes secured by liens on real property; or

(e)     Offers for sale in this State any security which is exempt from registration under state or federal law and purports to make investments in promissory notes secured by liens on real property.

3.     The Division's investigation specifically found the following:

a.     ALLRISE DIRECT is a Nevada foreign limited-liability company organized under the laws of the state of Delaware, possessing an active Nevada business license (NV Entity No. E0158382017-6); City of Reno, business license (License No. R142905A); and California Finance Lender License ("CFL License" No. 60DBO-73997, as issued by the California Department of Business Oversight under the designated licensure type, "Lender and Broker").

b.     ALLRISE DIRECT is not currently and at no time relevant to this matter been licensed as a mortgage broker in Nevada under the Statute.

c.     Based upon information and belief, ALLRISE DIRECT'S principal place of business in Nevada is located at 200 S. Virginia Street, Suite 500, Reno, Nevada, 89501.

d.     Based upon information and belief, EVSEEV is the president and chief executive officer of ALLRISE DIRECT and as reflected by records of the Nevada Secretary of State ("NSOS"), serves as its managing member at 200 Spectrum Center Drive, Suite #1460, Irvine, California, 92618.

e.     EVSEEV is not currently and has at no time relevant to this matter been licensed as a mortgage broker or mortgage agent in Nevada under the Statute.

f.    ALLRISE FINANCIAL is a Nevada foreign corporation organized under the laws of the state of Delaware, possessing an active Nevada business license (NV Entity No. E0268302017-1).

g.    Based upon information and belief, ALLRISE FINANCIAL'S principal place of business in Nevada is located at 200 S. Virginia Street, Suite 500, Reno, Nevada, 89501. NSOS records reflect that EVSEEV serves as the President of ALLRISE FINANCIAL at the same Irvine, California, address where he serves as the managing member of ALLRISE DIRECT.

h.    ALLRISE FINANCIAL is not currently and has at no time relevant to this matter been licensed as a mortgage broker under the Statute. On or about June 20, 2018, ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC. applied to the Division for licensure as a mortgage broker, submitting the required "MU1" company-filing form, but Commissioner-approval thereof remains pending. As reflected in Division records and as identified in the Nationwide Multistate Licensing System & Registry ("NMLS"), ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC. has yet to resolve numerous documented deficiencies in its application for a Nevada mortgage broker license. Despite the Division's July 6, 2018, notifications to RESPONDENTS (via the NMLS) of the information still required to enable the Division to perform complete review of the application (which includes submission of EVSEEV's fingerprints for conducting his federal background check, EVSEEV'S permanent-resident card, the mortgage-agent application of RESPONDENTS' designated qualified employee, and copies of an uploaded organizational chart which shows the owner of ALLRISE FINANCIAL and any indirect owners), the noticed deficiencies have not been cleared.

i.    ROYAL DEVELOPMENT is an active Nevada foreign corporation organized under the laws of the state of California (NV Entity No. E0263392016-4), which is licensed by the California Department of Real Estate (License ID No. 02007498), "to perform acts for which a real estate license is required in California." Its main office is situated at the same, Irvine, California location associated with ALLRISE DIRECT and ALLRISE FINANCIAL.

j.    ROYAL DEVELOPMENT is not currently and has at no time relevant to this matter been licensed as a mortgage broker in Nevada under the Statute.

-4-

k.    NSOS records demonstrate that EVSEEV is the President of ROYAL DEVELOPMENT at the same, Irvine, California address associated with ALLRISE DIRECT and ALLRISE FINANCIAL.    However, all other named officers of ROYAL DEVELOPMENT are identified with the address of 200 S. Virginia Street, Suite 500, Reno, Nevada, 89501, the same address at which ALLRISE DIRECT and ALLRISE FINANCIAL are located, or from which they do business

l.    According to NSOS records, EVSEEV is also the managing officer of two other active Nevada-licensed entities, Evn Management LLC, and Allrise Asset Management, LLC.

m.    On or about February 22, 2018, the Division became aware of facts indicating that RESPONDENTS were engaged in activity requiring licensure under the Statute.  In particular, the Division discovered that on the website https://allrise.us, RESPONDENTS advertised and promoted ALLRISE FINANCIAL'S services as a provider of real-estate secured, private-money loans or direct lending services in 41 states, including Nevada.  Specifically directing attention to ALLRISE FINANCIAL'S Reno, Nevada office (not only identifying the physical address thereof, but providing the link to a website to obtain *directions* thereto), RESPONDENTS offered high-return, residential hard-money loans to facilitate "fix and flips," "commercial rehabs," or other real estate investments or projects, claiming that the funding could be procured quickly and easily regardless of FICO score. RESPONDENTS' asserted focus was upon the provision of transitional, short-term, and interim-financing with fixed rates as low as 7.5%, with no pre-payment penalties, touting high-yield returns on investments at an average rate of 7.78%.  Particularly for residential loans, RESPONDENTS advertised that through just four or five "stress-free steps," which commenced upon a user's click upon the website page which provided its online, "Preliminary Application" form (https://allrise.us/apply-for-funding), once the submitted application was reviewed by an "account specialist," and completed, processed, and approved, the loan would be "seeded" and distribution of the proceeds could occur "in just a few days." RESPONDENTS alternatively provided a telephone number and e-mail address by which interested persons could obtain assistance, as well as an additional website link (https://allrise.us/contact-us/) to procure loan advice by one of its "hard money Loan Specialists." RESPONDENTS further set forth the social media addresses for access to its Facebook, Yelp, Twitter, Instagram, and LinkedIn accounts. Boasting that it had "empowered" over 170 borrowers and had achieved over $165 million in loans,

-5-

RESPONDENTS proclaimed that "[a]t Allrise, we see a bright future where borrowers and investors can come together for mutual benefit without being tethered to the restrictive regulations of the banking industry."

n.    Among the "Important Disclaimers" included in RESPONDENTS' website, is RESPONDENTS' express representation that "all loans will be arranged by Royal Development," which RESPONDENTS identify as ALLRISE FINANCIAL'S affiliate, allegedly operating under "CA BRE 02007498."

4.    In his correspondence to the Division dated March 5, 2018, EVSEEV argued that ALLRISE FINANCIAL was licensed to conduct its business operations in Reno, Nevada. However, EVSEEV asserted that while "[w]e are licensed to originate and broker loans using our BRE and CFL license[s]," such licenses being used to conduct real estate loans in other states, "more specifically" in California, "our company hasn't originated and/or brokered out any Real Estate loans" in Nevada at the present time. EVSEEV represented that because the company was currently in the process of applying for a "Banker Branch/Broker License" in Nevada, "we haven't targeted Nevada residents as potential borrowers so we don't have any marketing materials to provide."

5.    On or about May 18, 2018, in response to EVSEEV'S letter, Division Compliance/Audit Investigator DK issued correspondence to EVSEEV in which she explained that based upon its reliance upon the accuracy and truth of his representations to the Division that his company had not originated and/or brokered any loans in Nevada, the Division had determined to close its investigation of the matter. At the same time, however, on behalf of the Division, Compliance/Audit Investigator DK requested that EVSEEV place a *disclaimer* on RESPONDENTS' website at https://allrise.us, to expressly proclaim that RESPONDENTS do not conduct any activities in Nevada as described by NRS 645B.0127. Compliance/Audit Investigator DK further informed EVSEEV that should the Division discover he had provided misleading information, the matter may be reopened and additional enforcement proceedings pursued.

6.    On or about June 20, 2018, and again on July 11, 2018, and August 16, 2018, Compliance/Audit Investigator DK reviewed RESPONDENTS' website at https://allrise.us to discover that contrary to the terms of her May 18, 2018 correspondence, RESPONDENTS have never placed

-6-

upon such website, any kind of disclaimer concerning its lending activities in Nevada, and moreover, the real-estate secured, hard-money loan funding which RESPONDENTS' formerly proclaimed in their website to have provided in 41 states (as of approximately February 22, 2018), RESPONDENTS subsequently touted in https://allrise.us to have been provided in *50 states*, such number of which, by definition, necessarily includes such purported private-money, loan funding with respect to *Nevada*-situated properties.

7.    RESPONDENTS engaged in, carried on, or held themselves out as engaging in or carrying on the business of a mortgage broker within the meaning of NRS 645B.0127, when on behalf of Nevada borrowers or investors, RESPONDENTS directly or indirectly held themselves out for hire to serve as agents for such borrowers or investors in offering, arranging, or attempting to arrange private or hard-money loans for the purchase of and/or investment in residential or commercial properties as secured by liens on real property.  As facilitated by RESPONDENTS' utilization of their website https://allrise.us, RESPONDENTS directly or indirectly hold themselves out as hard-money lenders able to originate, underwrite, or fund described mortgage loans and transactions, and able to assist borrowers and investors in pursuing property purchases or investment projects, obtaining income-producing properties, or repairing and rehabilitating residential properties, for resale.

8.    RESPONDENTS engaged in activities and conduct which require licensure as a mortgage broker under the Statute and are not exempt from licensure under the Statute.

9.    Any finding of fact that may be deemed a conclusion of law shall be so construed.

### Conclusions of Law

10.    Unless otherwise exempt, it is a violation of NRS 645B.900 for any person to offer or provide any of the services of a mortgage broker or mortgage agent or to engage in, carry on, or otherwise hold himself or herself out as engaging in or carrying on the business of a mortgage broker or mortgage agent without first obtaining the applicable license issued pursuant to the Statute.

11.    Notwithstanding the submitted application of ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC. for licensure as a mortgage broker in Nevada, or pending licensure determination by the Commissioner, by providing or offering to provide the services of a

-7-

mortgage broker without having first obtained the applicable license under the Statute, and not being exempt from the licensure requirements, RESPONDENTS are in violation of NRS 645B.900.

12.    NAC 645B.515 vests in the Commissioner the authority to order a person engaging in activity in violation of the Statute or the Regulation to immediately cease and desist from engaging in the activity.

13.    NRS 645B.690(1)(a) requires the Commissioner to impose an administrative fine of not more than $50,000.00 on a person that offers or provides any of the services of a mortgage broker or otherwise engages in, carries on or holds himself or herself out as engaging in or carrying on the business of a mortgage broker and, at the time the person was required to have a license pursuant to the Statute and the person did not have such a license.

14.    Any conclusion of law that may be deemed a finding of fact shall be so construed.

## Order

The Commissioner having formed the opinion based upon the foregoing that RESPONDENTS have been or are engaged in unlicensed activities in violation of the Statute, and concluded and determined that RESPONDENTS should be ordered to: 1) cease and desist from engaging in any activity requiring licensure under NRS 645B; 2) pay an administrative fine; and 3) pay the Division's investigative costs.

NOW, THEREFORE, IT IS ORDERED that ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC., ROYAL DEVELOPMENT INC., and VLADIMIR NIKOLAYEVICH EVSEEV shall immediately CEASE AND DESIST from advertising, engaging in, or otherwise carrying on or holding themselves out as engaging in or carrying on any activities that require licensure as a mortgage broker under the Statute.

IT IS FURTHER ORDERED that an ADMINISTRATIVE FINE in the amount of $50,000.00 shall be and hereby is imposed, jointly and severally, on ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC., ROYAL DEVELOPMENT INC., and VLADIMIR NIKOLAYEVICH EVSEEV in accordance with NRS 645B.690(1)(a). The ADMINISTRATIVE FINE shall be due and payable on the 30th day following the effective date of this Order and shall be tendered to the Division in accordance with the attached wire transfer instructions.

-8-

IT IS FURTHER ORDERED that RESPONDENTS shall be and hereby are assessed, jointly and severally, on ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC., ROYAL DEVELOPMENT INC. and VLADIMIR NIKOLAYEVICH EVSEEV, the Division's INVESTIGATIVE COSTS in the amount of $2,595.00, in accordance with NRS 622.400. The INVESTIGATIVE COSTS shall be due and payable on the 30th day following the effective date of this Order and shall be tendered to the Division with the ADMINISTRATIVE FINE in accordance with the attached wire transfer instructions.

IT IS FURTHER ORDERED that an administrative hearing shall be scheduled in this matter only if RESPONDENTS timely request an administrative hearing in accordance with the instructions set forth in Section II of this Order entitled Notice of Opportunity for an Administrative Hearing. **If no administrative hearing is requested within 30 calendar days of the effective date of this ORDER, RESPONDENTS shall be deemed to have waived and relinquished the right to an administrative hearing in this matter and a FINAL ORDER shall be issued in this matter.**

IT IS FURTHER ORDERED that this Order shall be and is effective and enforceable on the date that it is issued and entered, as shown in the caption hereof.

IT IS FURTHER ORDERED that this Order shall remain effective and enforceable until terminated, modified, set aside, or suspended in writing by the Commissioner.

IT IS FURTHER ORDERED that the Commissioner specifically retains jurisdiction over the matters contained herein and has the authority to issue such further order(s) as the Commissioner shall deem just, necessary, and appropriate to enforce NRS 645B and NAC 645B and protect the public.

IT IS SO ORDERED.

DIVISION OF MORTGAGE LENDING



By: _____

Cathy Sheehy, Commissioner

/ / /

/ / /

/ / /

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Department of Business and Industry, Division of Mortgage Lending, and that on June 7, 2019, I deposited in the U.S. mail, postage prepaid via First Class Mail and Certified Return Receipt Requested, a true and correct copy of the foregoing CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING ADMINISTRATIVE COSTS, in the matter of ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC. AND ROYAL DEVELOPMENT INC. AND VLADIMIR NIKOLAYEVICH EVSEEV, addressed as follows:

Vladimir Evseev
Allrise Financial Group, Inc.
200 Spectrum Center Drive, Suite 1460
Irvine, CA 92618

Certified Receipt Number:  7009 2250 0001 8859 1793

DATED this 7th day of June, 2019

By:

**EXHIBIT "6" Nevada Commissioner "CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING ADMINISTRATIVE COSTS issued and entered, dated June 4, 2019**

101

Complaint for MATTHEW LOTZE and LAURA OHMAN

STATE OF NEVADA
DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF MORTGAGE LENDING

Before the Commissioner of the Division of Mortgage Lending

In the Matter of:

ALLRISE DIRECT LENDING LLC D/B/A
ALLRISE FINANCIAL GROUP, INC.,
Mortgage Broker License No. 4818,
NMLS ID No. 1710040,

and

ROYAL DEVELOPMENT INC.
Mortgage Broker License No. UNL,

and

VLADIMIR NIKOLAYEVICH EVSEEV,
NMLS ID No. 1729027,

Respondents.

Order No. 2018-010

Case No. 2018-010

CONSENT ORDER REQUIRING COMPLIANCE,
IMPOSING AN ADMINISTRATIVE FINE
AND ASSESSING ADMINISTRATIVE COSTS
Issued and Entered,
This 7ᵗʰ day of June, 2019,
By Cathy Sheehy,
Commissioner

The Commissioner of the State of Nevada, Department of Business and Industry, Division of Mortgage Lending (the "Commissioner") having been statutorily charged with the responsibility and authority to administer and enforce Chapter 645B of the Nevada Revised Statutes, 645B.010 et seq. ("the Statute"), and Chapter 645B of the Nevada Administrative Code, NAC 645B.001 et seq. ("the Regulation") (collectively, "the Act"), governing the licensing and conduct of mortgage brokers and mortgage agents doing business in the State of Nevada; and,

. . .

-1-

The Commissioner having been vested with general supervisory power and control over all mortgage brokers and mortgage agents doing business in the State of Nevada pursuant to the Statute; and,

The Commissioner having been further vested with broad authority to conduct investigations to determine whether any person is violating or has violated any provision of the Act; and,

The Division of Mortgage Lending (the "Division") having received information indicating that ALLRISE DIRECT LENDING LLC ("ALLRISE DIRECT") D/B/A ALLRISE FINANCIAL GROUP, INC. ("ALLRISE FINANCIAL"), ROYAL DEVELOPMENT INC. ("ROYAL DEVELOPMENT"), and VLADIMIR NIKOLAYEVICH EVSEEV ("EVSEEV") (collectively, the "RESPONDENTS") are or were engaged in activity requiring licensure as a mortgage broker under the Statute, including advertising services as a provider of real-estate secured, private-money loans or direct lending services in the State of Nevada; and,

The Division having commenced an investigation of RESPONDENTS' business practices pursuant to NRS 645B.060(2)(c), and having determined, from that investigation, that RESPONDENTS were engaged in activity requiring licensure as a mortgage broker under the Statute; and,

The Division staff having reported the results of its investigation to the Commissioner; and, The Commissioner of the State of Nevada, Department of Business and Industry, Division of Mortgage Lending (the "Commissioner") having been statutorily charged with the responsibility and authority to administer and enforce Chapter 645B of the Nevada Revised Statutes, NRS 645B.010 *et seq.* ("the Statute"), and Chapter 645B of the Nevada Administrative Code, NAC 645B.001 *et seq.* ("the Regulation") (collectively "the Act"), governing the licensing and conduct of mortgage brokers and mortgage agents in the State of Nevada;

RESPONDENTS having been served on or about December 4, 2018, in accordance with NRS 233B.127(3), with an ORDER TO CEASE AND DESIST, ORDER IMPOSING AN ADMINISTRATIVE FINE AND INVESTIGATIVE COSTS AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING ("CEASE AND DESIST ORDER") providing RESPONDENTS with (1) notice of facts or conduct which warrant disciplinary action against RESPONDENTS, and (2) notice of opportunity for administrative hearing; and,

-2-

An informal conference having been conducted by the Division with RESPONDENTS and their attorneys on January 29, 2019, concerning this matter;

RESPONDENTS having had opportunity to consult with legal counsel of their choosing concerning this matter;

The Division and RESPONDENTS having conferred concerning this matter; and

The Commissioner having made the following FINDINGS and CONCLUSIONS based upon the foregoing and the books and records of the Division:

1.    The Commissioner has jurisdiction and authority to issue this Consent Order in this matter, pursuant to the Nevada Administrative Procedures Act ("NAPA"), NRS 233B.010 *et seq.*, and the Mortgage Brokers and Mortgage Agents Act, NRS 645B.010, *et seq*.

2.    All required notices have been issued in this matter, and the notices and service thereof were appropriate and lawful in all respects.

3.    The terms of this Consent Order are a reasonable resolution of this matter and in the public interest.

4.    All applicable provisions of NAPA and NRS 622 have been met.

5.    RESPONDENTS violated NRS 645B.900 concerning offering or providing any of the services of a mortgage broker or mortgage agent or otherwise engaging in, carrying on or holding himself or herself out as engaging in or carrying on the business of a mortgage broker or mortgage agent without first obtaining the applicable license issued pursuant to this chapter, unless the person is properly exempt from licensure.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.    RESPONDENTS shall henceforth fully comply with the provisions of the Act and shall CEASE AND DESIST from any and all violations of the Act.

2.    RESPONDENTS shall pay to the Division an ADMINISTRATIVE FINE in the amount of $15,000.00.  The administrative fine shall be and is due to the Division no later than **June 10, 2019** (as reflected in the attached invoice) and shall be accompanied by the signed and notarized VOLUNTARY CONSENT as attached.

. . .

-3-

3. RESPONDENTS shall pay to the Division its ADMINISTRATIVE COSTS in the amount of $2,595.00. The investigative costs shall be and are due to the Division no later than **June 10, 2019** (as reflected in the attached invoice) and shall be accompanied by the signed and notarized VOLUNTARY CONSENT, as attached.

4. Failure to abide by the foregoing terms as set forth in this Consent Order shall render the terms of this Consent Order voidable at the discretion of the Commissioner, thereby subjecting RESPONDENTS to all disciplinary measures authorized under the Act, including those described in the CEASE AND DESIST ORDER of which RESPONDENTS were previously notified in this matter.

5. This Consent Order shall be and is effective and enforceable on the date that it is issued, as shown in the caption hereof.

6. This Consent Order shall remain effective and enforceable until terminated, modified, set aside, or suspended in writing by the Commissioner.

7. The Commissioner specifically retains jurisdiction over the matters contained herein and has the authority to issue such further order(s) as the Commissioner shall deem just, necessary, and appropriate to enforce the Act and protect the public.

IT IS SO ORDERED.

DIVISION OF MORTGAGE LENDING

By
CATH

-4-

**EXHIBIT "7" Nevada Commissioner "VOLUNTARY CONSENT TO ENTRY OF COMMISSIONER'S CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING INVESTIGATIVE COSTS, AND NOTICE OF OPPORTUNITY FOR ADMINISTRATIVE HEARING issued and entered, dated May 10, 2019**

102

Complaint for MATTHEW LOTZE and LAURA OHMAN

STATE OF NEVADA
DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF MORTGAGE LENDING

Before the Commissioner of the Division of Mortgage Lending

| | |
|---|---|
| In the Matter of: | |
| ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC., Mortgage Broker License No. 4818, NMLS ID No. 1710040, | Order No. 2018-010 |
| and | Case No. 2018-010 |
| ROYAL DEVELOPMENT INC. Mortgage Broker License No. UNL, | |
| and | |
| VLADIMIR NIKOLAYEVICH EVSEEV, NMLS ID No. 1729027, | |
| Respondents. | |

VOLUNTARY CONSENT TO ENTRY OF
COMMISSIONER'S CONSENT ORDER
REQUIRING COMPLIANCE, IMPOSING AN
ADMINISTRATIVE FINE, AND
ASSESSING INVESTIGATIVE COSTS

By affixing my signature hereto, I, VLADIMIR NIKOLAYEVICH EVSEEV, in my individual capacity and as the President and Chief Executive Officer of ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP ("ALLRISE FINANCIAL"), and as the President of ROYAL DEVELOPMENT, INC. ("ROYAL DEVELOPMENT"), (collectively "RESPONDENTS") hereby knowingly and voluntarily, with the intent to be legally bound thereby, consent to the attached CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE, AND ASSESSING INVESTIGATIVE COSTS (the "ORDER") in this matter, and further, in consideration of the terms and conditions set forth therein:

-1-

1.    I acknowledge I have had the opportunity to retain an attorney to review this VOLUNTARY CONSENT and the attached ORDER.

2.    I knowingly and voluntarily waive the right to an administrative hearing in this matter.

3.    I knowingly and voluntarily waive and give up any and all rights that I, and/or ALLRISE FINANCIAL, and/or ROYAL DEVELOPMENT may now or hereafter have to administrative or judicial review concerning, or to otherwise challenge or contest, the entry of the attached ORDER.

4.    I agree to fully comply with each and every provision of the attached ORDER.

5.    I understand that if I, and/or ALLRISE FINANCIAL, and/or ROYAL DEVELOPMENT fail to fully comply with each and every provision of the attached ORDER, the Commissioner retains jurisdiction to issue such further order(s) as the Commissioner may deem just, necessary and appropriate in accordance with NRS 645B.

6.    I, my heirs, executors, administrators, successors, and assigns hereby release, remise, and forever discharge the State of Nevada, the Department of Business and Industry of the State of Nevada, the Division, and each of their members, agents, attorneys (including any and all employees of the Nevada Attorney General), and employees in their individual and representative capacities, from any and all manner of actions, causes of action, suits, debts, judgment, executions, claims, and demands whatsoever, known and unknown, in law or equity, that I, and/or ALLRISE FINANCIAL, and/or ROYAL DEVELOPMENT ever had, now have, may have, or claim to have against any or all of the persons or entities named in this section, arising out of or by reason of the Division's investigation of myself, and/or ALLRISE FINANCIAL, and/or ROYAL DEVELOPMENT, and all other matters relating thereto.

7.    I hereby indemnify and hold harmless the State of Nevada, the Department of Business and Industry of the State of Nevada, the Division, and each of their members, agents, and employees, and employees of the Nevada Attorney General in their individual and representative capacities against any and all claims, suits, and actions brought against said persons and/or entities by reason of the Division's investigation of myself, and/or ALLRISE FINANCIAL, and/or ROYAL DEVELOPMENT, this Voluntary Consent and attached ORDER, and all other matters relating thereto, and against any

-2-

and all expenses, damages, and costs, including court costs and attorney fees, which may be sustained by the persons and/or entities named in this matter as a result of said claims, suits, and actions.

5/10/2019
DATED

VLADIMIR NIKOLAYEVICH EVSEEV,
Individually and on behalf of ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC. and ROYAL DEVELOPMENT INC.

Subscribed and sworn to before me this _____ day of May, 2019.

_____
Notary Public

In and for the County of _____, _____

My Commission expires on _____

-3-

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    }

County of __ORANGE__    }

On __MAY 10, 2019__ before me, __KATE KHARCHENKO, NOTARY PUBLIC__

(Here insert name and title of the officer)

personally appeared __VLADIMIR EVSEEV__ _____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_KATE KHARCHENKO,_
_NOTARY PUBLIC_
Notary Public Signature          (Notary Public Seal)

> KATE KHARCHENKO
> Notary Public- California
> Orange County
> Commission # 2222090
> My Comm. Expires Nov 17, 2021

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

---

**CAPACITY CLAIMED BY THE SIGNER**

☐ Individual(s)
☐ Corporate Officer
   _____
   (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873 9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
   ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
   ❖ Indicate title or type of attached document, number of pages and date.
   ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Department of Business and Industry, Division of Mortgage Lending, and that on June 7, 2019, I deposited in the U.S. mail, postage prepaid via First Class Mail and Certified Return Receipt Requested, a true and correct copy of the foregoing CONSENT ORDER REQUIRING COMPLIANCE, IMPOSING AN ADMINISTRATIVE FINE AND ASSESSING ADMINISTRATIVE COSTS, in the matter of ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC. AND ROYAL DEVELOPMENT INC. AND VLADIMIR NIKOLAYEVICH EVSEEV, addressed as follows:

Vladimir Evseev
Allrise Financial Group, Inc.
200 Spectrum Center Drive, Suite 1460
Irvine, CA 92618

Certified Receipt Number:  7009 2250 0001 8859 1793

DATED this 7th day of June, 2019

By: