UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOTZE, an individual; LAURA OHMAN, an individual; and THE FILIPINOFLASH, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL LENDER SOLUTIONS, INC., et al.<br><br>Defendants. | Case No.: 21-CV-598 JLS (WVG)<br><br>**ORDER GRANTING FOURTH JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(ECF No. 15) |

Presently before the Court is the Parties' Fourth Joint Motion to Extend Time for Defendants to Respond to First Amended Complaint (ECF No. 15). Good cause appearing, the Court **GRANTS** the Joint Motion. Defendants must file their response to Plaintiffs' First Amended Complaint within ten (10) days following entry of an order on the Trustee's

///
///
///
///
///

1

1  motion to dismiss in The Filipinoflash, LLC's Chapter 7 bankruptcy case, Case No. 21-
2  01411-LT7.

3  **IT IS SO ORDERED.**

4  Dated: August 17, 2021

5  Hon. Janis L. Sammartino
6  United States District Judge