UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOTZE, LAURA OHMAN, and THE FILIPINO FLASH, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL LENDER SOLUTIONS, INC., TRUSTEE; DEL TORO LOAN SERVICING, INC.; ALLRISE REAL ESTATE CREDIT FUND, LP; ALLRISE DIRECT LENDING LLC D/B/A ALLRISE FINANCIAL GROUP, INC.; ALLRISE CAPITAL, INC. (formerly "ALLRISE FINANCIAL GROUP, INC."); ALLRISE INC.; ROYAL DEVELOPMENT, INC.; AMERICAN PACIFIC MORTGAGE, NV LICENSE # 1850, VLADIMIR NIKOLAYEVICH EVSEEV; RUSIAN ZUNUROV; (X); and, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiffs' title thereto, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.: 3:21-cv-00598-JO-WVG<br><br>**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiffs have filed an *Ex Parte* Application for Temporary Restraining Order. Dkt. 22. The Court held oral argument on the motion on April 5, 2022. For the reasons stated on the record during the oral argument, the action is DISMISSED with prejudice and without leave to amend for lack of subject matter jurisdiction and the Application for Temporary Restraining Order is DENIED.

**IT IS SO ORDERED.**

Dated: April 5, 2022

Honorable Jinsook Ohta
United States District Judge